U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED Aug 03 2022
CAROL L. MICHEL
CLERK

In The United States District Court
Eastern District of LOUISIANA

Antoine Edwards
Petitioner

SCANNED at LSP and Emailed 8-3-22 by UB. 19 pages
date initials No.

Sec 5 Mag 1
22-2199

VS

RECEIVED
AUG 03 2022
Legal Programs Department

Tim Hooper WARDEN
STATE OF Louisiana
Respondent

Carol L. Michel
Clerk of Court

Memorandum In Support of Application Habeas Corpus Amended pursuant §2250 Rule 5, 78 OMNIBUS Motion To Vacate Sentence. Motion to modify, Arrest judgment, Motion to dissmissal Motion Relief from judgment 28 U.S.C §1915 motion for Judicial Record Review LSA Art 1919

Recommendation 28 U.S.C §636 ORleans District Court. United States Supreme Court, 4th circuit Court of Appeal. United Nation Court of Justice, International Court, Of Justice, Department Court of Justice On Facts of Law - Amicus Curae Summary Judgment Also LA Supreme Court. Home Rule

Now Come to this Honorable Court Antoine Edwards Pro Se who respectfully Trying his best to litigate his case. who respectfully Submits the Above title as A Conflation And Ask for Riposte of De No of Claims And Evidentiary Hearing To wit: Also Never Receive A Judicial Review of Record, Need Transcripts And Discovery. Due to the prison Losing my Discovery Packet.

Due to the Malicious prosecution And Abuse of process by Conspiracy Theory Mendacity. In the Un Constitution Conviction Depravation of Constitutional Rights. Mr. Napoli Abandon the Criminal Case. That was A Administrative crime by violation of Rule and regulation of his Constitutional Duty. Antizipatory breach of Contract Antizipatory offense - repudiation. Seeking Antitrust Civil process

Act to enforcement of Law 15 U.S.C §1314 They Are under the Alter ego doctrine and Authority of estoppel. The AL. Z Restatement of law for the Alteraction of Trust. Seeking relief of Amnesty Due Capricious and Arbitrary and Disregard of Facts of LAw and principles.

Evidentiary Hearing

In Need of A Constitutional Balancing Test. Peart Hearing Franks Hearing. Tainted Fruit Hearing 4th Amendment Clause Hearing 5th Amendment Clause And 6th Amendment Clause Hearing Reference Hearing, WADE Hearing. Curcio Hearing. Aguilar-Spinelli test, Also Rational basis Test. And A Ballistic Test.

U.S. v Wade 388 U.S. 218, 18 L.Ed 1149 87 S.Ct. 1926 (1967) motion to Strike Courtroom Identification # 240 excluded exclusion of Testimony. Fruit of Suspect, Fruit of illegal Lineup Due to Mr. Edwards Illegal post indictment Lineup, Absent of Counsel. establishment of primary illegality, lapse of time For the Allege Act exploitation of It's illegality. The Testimony From All the Zealous witness is proof of fruit of earlier Identification It is Barred from the Courtroom Improper police Suggestive erroneous identification. Justice White, Mr Justice Harlan And Mr. Justice Stewart join p. 613 exclude Identification without Counsel violate my priviledge. Murray The criminal Lineup at home and A Broad 1966 Utah L.Rev. 610-628

Conflict of Interest United State v. Curcio 680 F.2d 881 (CA 2 1982) My Counsel was disrespectful

Ipso Facto Clause The presumption & Burden of proof as to jurisdiction. Corporations cannot have ownership Rights to real property ownership. Guardian is void & Null. Criminal Liability. State is subject to criminal liability Conflict In law Need proof of the certification of Jurisdiction. File declinatory exception contesting Subject

matter jurisdiction LA C Cr. P 925 A(1) LA C Cr P Art 6(1), Insufficient service of process 28 U.S.C § 1331 The jurisdiction Threshold for diversity Claim § 1332 Federal District Court Choice of habeas remedy is review on Appeal Abuse of discretion erroneous view of law Newell Rubbermaid. Inc v. Raymond Corp., 676 F.3d 521 (6th Cir 2012) Also Need the Court to grant A certifizate of probable Cause

§ 2250 C.S.A Const Art I § 19.

Due to the Court Not Following 4th Circuit Order to give Transcript. Also The Ineffectiveness of Counsel had my Transcript And refuse to Give my own Case I gave No consent For him to overide my Case on my Brief And Supplement I Filed. That was for the Appeal In the 4th Circuit - I don't know why they didn't use my prose Brief. The Counsel use False pretense. And overrided My Work Stating Appellant Original Brief. He did Not use my Claims that I had. I don't Even know him, that Part Right there I don't trust Nobody with my life As A Man I can do All thing Through Allah who Strengthen me with the Spirit of Truth For the Truth Shall set you Free. I have been doing my own work but they Are Not entertaining My Claims. They have entrap me And refuse to give me equal protection of the law - They put me In Prison violated All my Rights, And Allah has made me dig so deep Into history. Now the Age of Reveal Now the Truth Is out. And justice Need to be done Accordingly to the Righteous of Conscience Morals, principle And the Cause of Effect. I need my judicial review of my Case. The prison lost the property I had. I Need to Show proof for my Equal protection of law So The real professional Could do there jobs. Justice, Equality, Freedom Liberty Right Is Right And two wrong Don't make No Right Facts)

More Errors In thinking of Need Records

Conflation to all other Claim of Relief

Ground for Relief. (1) Conviction obtain under an Unconstitutionally vague Statue. Due to me being In prison Studying Law. The Supposed to be suspect are whoever Housey was who had the murder weapon. The Heat of passion Consist As Manslaughter Due to the malicious prosecuting And the Bill of attainder-Bill of Information. Art 384 Is Illegal null + void. Try to enchance the Penalty under A Vague Statue. (2.) Unconstitutional pretrial photographic Identification. (3) Denial of Access to trial record (4) Trial charge to the jury not base on Indictment i.e Containing Verious theories for conviction not contained in Indictment; No Eyewitnesses. Are elements (5) Illegal restraint No WArrant Are probable Cause. (6) prejudicial in-court Identification improperly Admitted into evidence (7) Ineffective Counsel In Pretrial / Trial / And Direct Appeal Filling (8) Ineffective Counsel on appeal of the State conviction (9) District Attorney Abused the grand jury System (including an allegation of a forged Indictment was not a original Indictment lawfully Impaneled by the Grand jury Manufacture by D.A with his Signature (10) violation of Assignee Clause, (11) violation of Supremacy Clause, (12) violation of Due process Clause, (13) Invalid Indictment (including False pretense of element of crime, Failure to list grand jury witnesses, failure to specify all element of the crime, No Signature of the foremen of the Grand jury (14) Cruel and In human Punishment while Appellant was incarcerated In Angola plantation pententiary (15) Sentence to Slavery. Violation of Human Right By Slavery

Plessy v. Ferguson page 4 supra Cannot be justly regarded as Imposing Any badge of Slavery or Servitude = Hard Labor upon the Applicant. The State are Forbidden from making or enforcing any law which Shall Abridge the

the priviledge or immunities of citizens of the United States or shall deprive Any person of Life, liberty, or property without Due process of law, or deny to Any person within their jurisdiction the equal protection.

John Hanson the First Moorish-America Zodiac Constitution Article of Confederation of the Compact made between the thirteen original States of the Union before the adoption of the Constitution. Louisiana Is the Only State that don't respect The Constitution And Treaties that Are Supreme LAw of the LAnd. The Treaty of Marrakesh © AA222141 United State And Morroco Treaty of peace And Friendship. The United Nation of declaration. Due to Them upholding Those Jim Crow Goverance LAw of Black Code And Slave Code In Contrary to Common-law And A Supreme violation of the Magna Carta. Violation The JUS Naturale The Natural LAw. Jus gentium the International Law. Also violation of the Constitutionality, And Vested Right And Inalienable Right of Conscience And pursuit of Happiness 28 U.S.C.A § 1404(A) Malicious Abuse of process. Implying Younger Doctrine, Fed. R. Crim. P. 29 Acquittal The Constitution Supersede State LAws Conflict In Law.

Consider Case

Delli Paoli v United States, 352 U.S 232 77 S.Ct. 294 1 L.Ed.2d 278 (Instruction to the Jury would suffice to prevent Prejudice) In Mr. Edwards Case Instruction to the Jury was Never given to the Hearsay testimony Are the In Court Identification. Also Improper Admission of Statement. The pre trial Lineup Conducted In the Absence of Counsel in violation of the Sixth Amendment. Gideon v. Wainwright, 372 U.S. 335, 83 S.Ct. 792, 9 L.Ed.2d 799 Strike there Identification Testimony. That testimony is the direct **1957 result of the illegal *273 Line up 'come at by exploitation of (the primary) illegality Wong Sun v. United States, 371 U.S. 471, 488, 83

S.Ct. 401, 4 L.Ed. 2d 441, the State is therefore not Entitled to an opportunity to Show that, that testimony had an Independent Source. Only per se exclusionary rule to such Testimony be sanction to assure that law enforcement Authorities will Respect the Accused Constitutional Right to presence of Counsel At the Critical Stages, And A Right to A Fair Trial. Chapman v. California, 386 U.S. 18, 24, 87 S.Ct. 824, 828 17 L.Ed. 2d 705. (Entitle on remand to a New trial. In U.S. v. Wade, 388 U.S. 218, 87 S.Ct. 1926, 18 L.Ed. 2d 1149 Constitutional Error in the Admission in evidence of In Court Identification. (Require New Trial)

## Dred Scott vs. Sanford Supra

The power in relation to Rights of person. Are express and positive terms, Denied to the General Government; and the Rights of private property have been guarded with equal Care. The Rights of property are United with the Rights of person and placed on the Same ground by the 5th Amendment to the Constitution, which provides that No person Shall be deprived of Life, Liberty, And property without Due process of Law.

The power over person and property of which we Speak are Not only granted to Congress; but are in express terms Denied, And they Are forbidden to exercise them. And this prohibition is not Confined to the States, But the words Are General, and Extend to the whole territory which the Constitution give its power to legislate, portions remaining Under Territorial Government, As well as covered by States. It is a total Absence of power Everywhere within the dominion of the United States, And places the citizen of A Territory, So far As Rights are Concerned *451 with citizen of the United States, And guards them as firmly and plainly Against any Inroads which the General Government might Attempt. Under the plea of Implied or incidental Powers. And if Congress itself Cannot do this - If it is beyond the power conferred on the

Government to exercise them. It could confer No power on Any local Government establish by its Authority. To violate the provision of the Constitution. The people of the United States have delegated to it certain enumerated Powers, And Forbidden it to exercise others. It has NO Power over the person or property of a citizen, But what the citizen of the United States have granted. And no laws or usages of other Nations or reasoning of Statemen or Jurist. Can enlarge the powers of the Government, Are take From the citizen the Rights they have reserved Dred Scott v. Sandford supra.

As to the enumerated Rights That has been violated The Conscience is inalienable Right Also the pursuit of Happiness. Due to the Jim Crow Goverance of Convict Leasing. Many have been Convicted Unconstitutionally And Banishment, Exile out of the County To A Foreign LAnd of Angola A well known plantation that Still have Slavery going on. 4 cents to work Is Inhumane Treatment And Cruel and Unusual punishment. They Are doing the Moors by Genocide Also They have miseducated US. Manipulated US. They Are Anti Trust. Don't respect the Treaty Are the Constitution that Supersedes Any Law They Try to destroy the Culture of the Nation of Islam. The Islamic Moslem Moorish American Republican. They suppose to have A Republican Government. They have violated the Fundamental LAw. International Law Louisiana Law Are Contrary to the Supreme law of the LAnd. They violated The Magna Carta LAw. They still go By Napoleon LAw with the Jim Crow Goverance.

United State District Court
EAstern District Louisiana

STATE of Louisiana

VS

Antoine Edwards

Case 535-495
Section B
Tracey Flemming
Sec 5 MAG1
22-2199
Carol L. Michel
Clerk of Court

Memorandum In Support of
Arrest of judgment Motion to Vacate IFP 81915
Dismissal with prejudice
Factual Background procedure
ORDER/Reason/Amended fact of law/opinion

In the Institution of prosection Must have a prima Face Case Also Elements of the crime of the Statute. Art 384. For Infamous And Capital Crimes Is Illegal Invalid Void Nugatory. On the Face of the Record. Contrary to the law of Institution of prosecution. And Unconstitutional violation of Rights, And Human Right And Civil, Natural Also International law Right And treaties of the land

Procedural Generally Pleading, process, evidence and practice.

Source of Law. Congress has Never enacted code of criminal procedure, And the State have NO POWER to prescribe either modes of procedure or rules of Evidence in prosecution. For Federal offense. Louisiana Congress has made, law Contrary to the Constitutional, Common Law, International Law And Treaties of the land. In Levying Taxes. Also RICO Activity Jurisdiction. Due to the Moors being Under Federal Constitution As A Sovereign Citizen from Arbitrary Governments. The State of Louisiana violated the Oath of office Color of Law And Authority. By Antitrust The Constitutional and Treaty that they Suppose to uphold. ORleans District Court lacked Subject matter And change personal Data to Fit as One

There subjects The trial lacked jurisdiction of subject matter And person. The proceeding and it's judgment Is null and void. Due to U.C.C chattel property of Jim Crow Governance of Convict leasing the State of Louisiana Is Not up Dated, Still goes by theme Commerce Slave Code, Black Code of Uniform Commercial Code of Human Commerce Department of Commerce Ran by The Secretary And Governor. Due to the Moorish zodiac Sovereignty exempt from its laws, principle of the International law observed by all civilized Nation.

Jurisdiction In person while sojourning within the territorial limits of another Sovereignty, exempt from its laws, also exempt from its penal jurisdiction. Due to the public Scrutiny And No prima Facie Case Mr. Edwards was Libel, Defamation, And Name been Slander while Innocent was place on the News. with No Evidence No proof No Element for and illegal Arrest, and other unlawful or Fraudulent means. And still being Deprive Equal protect Due Process clause violation, Supremacy Clause, Constitutional Rights from Arbitrary Government who Maliciously prosecuted A Innocent man. Depriving him of Liberty, freedom Justice, In the Court of Law. The Rudimentary Is not to win Case by Intimidations. Then Mr. Edwards was never questioned. Still Innocent.

State Court. Due to Orleans parish being inferior court Mr. Edwards was never Indicted, presentment. He only had a preliminary examination There was no elements or proper probable Cause. It was illegal restraints And Been put at Double jeopardy.

Federal Court. Due to all crimes all crimes being Federal crimes and Statutory The probable Court of jurisdiction Is United State District Court. So Orleans parish District Court lacked Jurisdiction. United States as bounded by the territory of Foreign Nations are Fixed by Treaty's The Marrakesh © At 222141

Venue. Due to Orleans parish want of Venue For The Foreign Nation of Inherited birthright the State Fail to recognize the law of the land. In want of Venue. The Alleged in the indictment and Evidence must show that the venue is correctly laid. want of Venue is ground for demurrer, Abatements or Arrest Judgment

result to A Habeas Corpus. That the Federal Court examine papers and order of committment. It was a reckless disregards of Rights of Others. Reckless endangerment. Reckless Misconduct. Also Failed to Give A Complete record, court record of proceeding. Judicial Record Arrest record, Transcripts Fed. R. Crim P. 55) Docket, Record of Appeal Record estoppel by. Mr. Edwards still need his Transcripts etc.

Preliminary Examination. There was no witness examined. There was no element are evidence to have probable Cause. That resulted in illegal restraint. The offense must be alleged with certainty. Complaint Charging statue must contain all the Necessary element of the offense. Complaint maybe Amended before trial. There was never no true factual Allegation are the elements of the crimes. Mr. Edwards has been prejudiced by the Malicious Abuse of process. If Sentence to Imprisonment the defendant is commited to a city or County. I'm exile Banished to A plantation Under Jim Crow Convict Leasing. Slavery

Indictment And Information

Due to Falsifying Document Stating Indictment. I Like to see the Transcript of the proceeding of the Grand Jury. There was Never Arraignment Are A Indictment. all Felonies must be prosecuted by Indictment from A Competent Grand Jury Federal Constitutional Provision. Indictment & presentments, are both presented to the Court by a grand jury. An Information, however, has Nothing to do with Grand jury. The Formal part of Indictment proper are the commencement, Statement, Charging part and conclusion. Mr Edwards been lock up since Feb 6 2017 until June 22 2017. Under illegal restraint June 22, 2017 that when A Indictment Came about but No element of the crime For Discovery, In the Malicious prosecution. There was No commencement of an Indictment No Factual Statement. Only 2 people killed no witness. NO Signing and Endorsing. NO Foreman signature of a Grand Jury, Just had a manufacture Forgery Instrument of Indictment. A true bill but no Grand jury.

General Rule of pleading - Certainty Facts, must be pleaded with certainty. offense was wrong Housey suppose to charge with Manslaughter

Positiveness All material Allegation in Indictment must be positive and Direct. Conclusion, Arguments, and belief Shouldn't be Stated. but should be Facts. Indictment Can't, more over be Double, That obstruction of justice, is repugnant to the other part. the whole is Void. Statement was inconsistent and alternative. The Indictment must not charge with committing one or the other two offense.

Particular Allegation In General Indictment must contain an allegation of Every Fact necessary to Constitute the criminal charge preferred by it. must state all the elements of the offense charged. Facts Judicially noted Shouldn't be set out.

Time & Place Time & place of the crime must be alleged, Any Failure in alleging the time and place in connection with each and every material Fact in the Indictment is a Fatal Defect. The time stated, in the indictment must be a date before the bring of prosecution.

Due to the misstated, an Indictment containing Nothing more than the words of the statue will be insufficient. He use expost facto law in the form of bill of attainder to Increase the punishment of a Innocent man. Also violated the rule that every Essential element of the crime must be charged with Certainty and Particularity.

Amendment

No Amendment could be made to an indictment, except by the same grand jury that returned it. Although amendment as to the substance of an Indictment couldn't, of Course, be allowed when the Constitution requires that an Accusation shall be returned by a grand jury. Information by public prosecutor may by Force of Statue be amended before trial.

Arraignment After Sitting Since Feb 6 2017 to June 22 2017 when the Indictment came about there was never no Arraignment only preliminary hearing And on that paper It's State No Grand Jury Indictment. Malicious Abuse of process, obstructing justice. Also the Statue limitation Expire.

Plea of Jurisdiction. Denies the Authority of the Court to try Him

Nolle prosequi or Dismissal Due to the D.A putting Another gun on Mr. Edwards then filing a Nolle prosequi. For the Defect In the Indictment by Forgery Instrument. tainted illegal seize gun

In General. In the Jim Crow Governance Double Jeopardy Is Shown by. Trying the Defendant, whether he shall be held for trial by Some Superior Court. For Mr. Edwards was beyond the jurisdiction of the State. WAS extradicted from Foreign State.

Modes of prosecution

Bill of Information Is a Formal accusation of crime sworn to Filed by a prosecuting officer. Art 384 Is void invalid For Infamous And Capital Crime. Must have a Indictment and presentment that must has the Accusation returned by Grand juries. Malicious Abuse of process. There was no Eyewitness No evidence, No probAble Cause, Intrinsic Fraud obstructing of justice Miscarriage of justice. Reckless Wanton Misconduct Malfeasance, Color of law Color of Authority. violation of Constitutional Duty violation of Oath and Affirmation. No Facts of Allegation. All Fabricated elicitated, coercive Inconsistent Theory of Assumption No Real evidence are element. Entrapment" Conspiracy Theory. The person who prosecuted Mr. Edwards Maliciously had no Authority and Right of Delegation So he is liable For the False Arrest.

Interstate Extradiction. Due to the Malicious prosecutor. The prosecutor Mr. Edwards Face And Name broadcasted on the News And television when there was Never A Indictment Until. Mr. Edward Turn him In In Feb 6 2017 The Indictment No better yet the Bill of Information. No Grand jury Indictment But the Record Is falsifying The Indictment was June 22, 2017 The Statue limitation has expire. It is held that mere complaints or an information can't be substituted For the required Affidavit or Indictment. Due to the Malicious Prosecution. The Governor didn't give no duty to the prosecutor. Prosecutor had no power in delegating to the government to use any coercive means to compel him to Act.

Foreign Extradition Sovereign Nation has no obligation to Surrender of a accused of a crime in the latter. political offenses, however, aren't included, Unlawfully held may

| | |
|---|---|
| STATE OF LOUISIANA | CRIMINAL DISTRICT COURT |
| VERSUS | PARISH OF ORLEANS, SEC. "B" |
| ANTOINE EDWARDS | CASE NO. 535-495 |

# JUDGMENT

**DENIED**

This matter comes before the Court upon an "Omnibus - Post Conviction Relief" and "Amend Supplement Brief" filed by Mr. Antoine Edwards. These Motions are denied as duplicative.

## I. PROCEDURAL HISTORY

On June 22, 2017, the State of Louisiana charged Mr. Edwards via Indictment for two counts of violating Louisiana Revised Statute 14:30.1, Second Degree Murder, and one count of violating Louisiana Revised Statute 14:130.1, Obstruction of Justice. On April 29, 2019, Defense Counsel filed a Motion for Speedy Trial. On August 14, 2019, Defense Counsel made an oral request to extend the 701 Speedy Trial date to September 10, 2019, and on August, 26, 2019, Defense Counsel filed a written Motion in that regard. On September 9, 2019, Defense Counsel filed a Motion to Withdraw as Counsel of Record, which this Court denied. On September 10, 2019, following the Court's rulings on Pre-trial Motions, trial by jury commenced as to the two Second Degree Murder charges. On September 12, 2019, the jury returned unanimous verdicts of Guilty as to both charges of Second Degree Murder. Immediately after the trial, the Court denied Defense Counsel's request for a mistrial. On September 30, 2019, the State entered a Nolle Prosequi as to the Obstruction of Justice charge. On the same day, after oral argument, the Court denied Mr. Edwards' Motion for New Trial and/or for Post-Conviction Judgment of Acquittal. The Defense waived sentencing delays and Mr. Edwards was sentenced

*[Handwritten annotations:]*
Been in prison on illegal restraint from Feb 6 2017. Art 384
Is invalid Illegal. No Presentment. No Lawful Power. No Prima Facie Case
No Element. Wrong Statue Bill of Attainder Expost facto. Hearsay Manslaughter
They didn't have the element. Intrinsic fraud: Color of Law, Authority
Fighting for my freedom. I told him not to get a extension.
Conflict of interest. Disloyalty very Ineffective Assistance.
On my release free of bond Day. 8-26-2019. violation Art 701
14 days before the Date time, Not on my release day. Entrapment to.
Then he try to get off my case, Partial trial Bias Court.
Come with Another gun, Now threw out 14:30.1. Entrapment
No presentence hearing
No Pre-Sentence Investigation
I didn't waive sentencing delay.

to Life Imprisonment at hard labor in the Department of Public Safety and Corrections (DPSC) for both counts of Second Degree Murder, to run concurrent.

On November 26, 2019, Mr. Edwards filed for a Supervisory Writ with the Fourth Circuit Court of Appeal, requesting that the Fourth Circuit quash his Indictment. On December 11, 2019, the Fourth Circuit ordered this Court to respond to the Motion, noting that the motion had not been filed in Orleans Parish Criminal District Court. On January 31, 2020, this Court denied Mr. Edwards' request to quash the indictment against him. She Try Case Again 2nd time Judging. Double Jeopardy.

On November 13, 2020, Mr. Edwards filed a Motion entitled "Amend Supplement Brief" with the Fourth Circuit. This was suppose to be used. For my Appeal Pro Se Filed. On November 24, 2020, this Court received Mr. Edwards' "Application for Post-Conviction Relief Seeking an Out-of-Time Appeal." On December 17, 2020, this Court ordered the State to respond to Mr. Edwards' Motion. On January 26, 2021, this Court received Mr. Edwards' "Response to Judgment." On February 25, 2021, the State filed its Notice of "No Opposition", regarding Mr. Edwards' request for an out-of-time appeal, and the Court received Mr. Edwards' "Omnibus Motion: Writ of Error, Writ of Mandamus, Motion to Dismiss Avernment of Jurisdiction." On March 18, 2021, the Court received Mr. Edwards' "Omnibus Motion, Motion Of Exoneration And Remuneration, Declaratory Judgment, Direct Verdict, Decision Of Merits, Declaration Action Of Decree Of Relief, Writ Of Mandamus Final Decision Of Judgment." On March 31, 2021, this Court granted Mr. Edwards an out-of-time appeal. Try Again

On February 16, 2022, the Fourth Circuit affirmed Mr. Edwards conviction and sentence on appeal. The 4th Circuit Didn't use my Pro Se Brief or Supplement. Subsequently, Mr. Edwards filed this PCR and a writ with the Louisiana Supreme Court. Abuse of Discretion No respect for my Pro Se Filed work. On May 10, 2022, the Louisiana Supreme Court denied Mr. Edwards writ regarding his appeal as untimely.

March 18, 2022 was the 30 days mark was timely. They know I got them Right. Refusing me of my Equal Protection

New Adjudicated
Judge Perjury. Ineffective Assistance
Malicious prosecution
Need A Certify Certification that they had jurisdiction

**II. DEFENDANT'S CLAIMS**

Mr. Edwards alleges that he received ineffective assistance of counsel, that
Brady violation
the State's prosecution was malicious and that the Court does not have jurisdiction
Lacked Power of Lawful Delegation No Grand Jury Indictment
to convict him because he is a Moor. In its January 31, 2020 judgment, this Court responded to Mr. Edward's claims of ineffective assistance of counsel, malicious or
No malicious prosecution. Brady violation put 2 guns on
improper closing by the State, and the Court's jurisdiction over Mr. Edwards as a Moor. Considering that the claims asserted in Mr. Edwards' current Motions are duplicative to the claims previously alleged by Mr. Edwards in his various post-trial Motions and on appeal with the Fourth Circuit, these claims have already been adjudicated and are without merit.

***

Based on the foregoing, Mr. Edwards Motions are **DENIED** and this Court directs Mr. Edwards to review the ruling of the Fourth Circuit and this Court's previous Judgments dated January 31, 2020 and March 31, 2021.

NEW ORLEANS, LOUISIANA this the 1ST day of JUNE 2022

TRACEY FLEMINGS-DAVILLIER, JUDGE
ORLEANS PARISH CRIMINAL DISTRICT COURT SECTION "B"

HearSay Is Not Evidence.

No witness, Irrelevant Weapon Seized

No prima Facie Case Evidence

Improper Illegal Institution of prosecution

illegal restraint Malicious prosecution violation

1st 4th 5th 6th 8th 9th 10th 13th 14th.

Unconstitutional Illegal Conviction.

Unconstitutional Unlawful Illegal Arrest.

***DLD*** In this criminal appeal, the defendant, Antoine Edwards, appeals his conviction for two counts of second degree murder. For the following reasons, we affirm.

**PROCEDURAL BACKGROUND**

Art384 Is invalid And void

On June 22, 2017, defendant, Antoine Edwards, was charged by bill of

supposed to be Indicted by Grand Jury. Also wrong Statue Manslaughter was the Charge for

information with the second degree murder of Joshua Johnson, the second degree

Housey who had the murder weapon. How Did I obstruct justice when they been had the

murder of Ryan Johnson, and with obstruction of justice in a second degree murder

Gun. Entrapment only had preliminary hearing

investigation. On June 29, 2017, defendant appeared for arraignment and entered

where they found probable cause with No Real Evidence and element

pleas of not guilty.

or prima Facie Case False Imprisonment. illegal restraint

Following a three-day trial on the murder counts, a unanimous jury, on September 12, 2019, found defendant guilty on both counts. On September 30,

Cause he put Another Gun on me Entrapment, Conspiracy

2019, the State dismissed the obstruction of justice count. On that same date, the

Intrinsic Fraud

trial court denied the defendant's post-trial motions, including his motion for a new trial, and defendant waived the twenty-four- hour statutory sentencing delay.

Accordingly, the court proceeded to sentence the defendant to two concurrent life

Writ of Certorari was Denied But It was on time Proof of Timely filed

overwhelming, and given the serious credibility challenges all of the witnesses had, the evidence against Edwards was quite underwhelming.

Finally, with regard to counsel's failure to object, Edwards argued, just as he did above, that to the extent counsel inexcusably failed to object, counsel was ineffective, as there could be no reasonable strategic basis for allowing damning hearsay to be admitted against the client. But nowhere in the Fourth Circuit's analysis of the hearsay claim does the court even acknowledge that Edwards raised a claim of ineffective assistance of counsel as an alternative basis for granting relief from the copious amount of hearsay that pervaded the trial from beginning to end.

They refuse my prose Brief And Supplement Amended Brief.

**Conclusion**

This Court should conclude that Antoine Edwards was not fairly convicted in light of the prosecution's elicitation of false testimony regarding its witnesses' criminal histories or alternatively because of the prosecution's repeated elicitation of damning testimonial hearsay. Either way, the conviction and sentence should be vacated and the matter remanded for a new trial.

Dismissal with prejudice

Respectfully submitted,

/s/ Christopher A. Aberle
Christopher A. Aberle (24006)
LOUISIANA APPELLATE PROJECT
P.O. Box 8583
Mandeville, LA 70470-8583
(985) 871-4084
aberle@appellateproject.org

*Attorney for* Antoine Edwards

**Certificate of Service**

I certify that I served a copy of the foregoing writ application by email this March 18, 2022, on the following persons: proof the writ was timely.

4th Cir. Affirm Feb 16 2022
writ was in MAR 18 2022

Brad Scott
Assistant District Attorney
619 S. White St.
New Orleans, LA 70119

16 Days left
12 February Gone
28
18 MArch 2022 writ was In
30 Day
timely Filed.

/s/Christopher A. Aberle
Christopher A. Aberle

**Writ Grant Considerations**

For 23 years, Louisiana courts have followed the rule, established by this Court in *State v. Broadway*, that in order to establish a claim under *Napue v. Illinois*—relative to prosecutors eliciting without correction material false testimony from its witnesses—the defendant must show that the prosecutor not only knew the testimony was false, but that he *colluded* with the witness in the facilitation of that testimony. But *Napue* has no collusion requirement. Moreover, such a requirement is in direct, clear, and undeniable conflict with *Napue*, and hence, the U.S. Constitution. This Court's obligation to maintain the integrity of Louisiana's jurisprudence should compel the Court to grant certiorari and abrogate *Broadway*'s oft-cited but unwarranted limitation on *Napue*'s holding. *See* Sup. Ct. R. X(1)(a)(3). Also Brady violation Abuse of process malicious prosecution, violation of Due process And Constitutional Right

Certiorari is independently warranted by the Fourth Circuit's misapplication of the hearsay rules and hearsay jurisprudence in a holding that ultimately sanctions the State's egregious violations of its obligation of fair dealing in a criminal prosecution. *See* Sup. Ct. R. X(1)(a)(4).

Also violation of Human Right. Didn't Address My Supplement And Brief In 4th Circuit Are Apply the Constitutional Standard And law

**Statement of the Case**

After midnight on July 31, 2016, brothers Joshua (Josh) and Ryan (Rudy) Johnson were shot dead inside of their car in front of a Carl Battiste's[1] house on Pauger Street in New Orleans.[2] No witness claimed to have actually seen the shooting, but, as discussed below, four witnesses testified (fabricate elicitate) (Hearsay Coercive testimony from Jealous witness Not credibile) to their first-hand knowledge of events related to the shooting, with three of them directly implicating the Appellant Antoine Edwards as the shooter. Three months after the shooting, police (Take the Gun off him And Framed Antoine Edwards.) came upon the murder weapon in the possession of Norbert Housey, who was with a group of persons when police approached him. When Housey saw the police approach, he pulled the gun from his waistband and started to run away. One of the persons in the group was Dante Edwards, who is the Appellant's deaf and mute cousin.[3]

Almost four months after the shooting, in November 2016, the police issued an arrest warrant for Antoine Edwards, who was in Atlanta at the time, In February 2017, Edwards called the police

---

[1] As with many of the names in the transcript and record, Mr. Battiste's name is misspelled throughout the trial transcript as "Baptiste," as confirmed by the undersigned by reference to DOC and public records.

[2] R. II, 2d Transcript (Tr. II), 12, 28; R. III, 1st Transcript (Tr. III), 16, 20.

[3] Tr. II, 138-41; Tr. III, 26-29. Appellate Ineffective Counsel



refuse to Give my Transcript. I don't know him Nor did I give him Consent to [illegible] Ride my work

Certificate of Service

Please Serve the foregoing mail to these parties for Amicus Curae Summary Judgement And Notice of Service, mail or email Deliver

Jason Napoli
District Attorney office
619 S. White
New Orleans LA 70130

Public Defender off
On Tulane Ave
New Orleans LA 70130

Tracey Flemming "S" B
2700 Tulane Ave
New orleans LA 70130

UCLA
1930 Poydras St
New Orleans LA 70130

International Court of Justice → Robert Kennedy BLDG
Dept of Justice → 950 Pennsylvania Ave NW Ste 4141
United Nation Court of Justice → Washington D.C 20530

United States Supreme Court
950 pennsylvania Ave NW
Washington D.C 20530

Governor
John Bel Edwards

Secretary James LeBlanc

ORDER
Compel / Answer

Please let the foregoing party Answer And to Appear for Judicial Activity In the Equal protection of the law please make sure that they get Serve for Appearance to Answer

Submitted 10 June 2022

Please Answer In the Grace period.

Umar Ansar Yusuf El Ali
Antoine Edwards
Legal Name

**eFile-ProSe**

**From:** Angola E-Filing <EML-FED-ANG-Printers@LA.GOV>
**Sent:** Wednesday, August 3, 2022 9:15 AM
**To:** eFile-ProSe
**Subject:** Angola E-Filing
**Attachments:** DOC #748056091423.pdf

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.