U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Oct 11 2022

CAROL L. MICHEL
CLERK

SCANNED at LAP and Emailed
10/12 by DS , 66 pages
date    initials   No.

RECEIVED
OCT 1 1 2022
Legal Programs Department

In The [ ] ....

State of Louisiana      In 4th Civ C.O.A
      vs           In LA Supreme Court
Antoine Edwards    In U.S Eastern District Court
                   In U.S Supreme Court

Petition
Conciliation Riposte

1) In these Filed Are Brief And Facts of Deliberate Indifference

2) The 4) J)DC Court did not want to exlept my Filed post
Conviction Relief Due to the Eastern District Court Wanted my
Files And Brief And Motion that I Filed. They refused to
Acknowledge my motions For the Polls, Transcript, Hearing And
Experte motion to Ballistic of the illegal Seize Gun.

3) The D.A Refuse to send A Copy of D.A File in the
Intergrated Contract of Breach Trepasson case And Negligence
of Completing the Contract that I did not Consent to Also
lacked jurisdiction they refuse to Send a Certify Copy of
Right to Delegation And Right to Jurisdiction.

4) Due to the Diversity of Citizen And Inherited Birth Right
Through Congress And legis latore refusing to uphold the trust
In the ©AP 22214) Treaty Marrakesh the Supreme law of the
law. Failed to give us our Inherited Birth Right

5.) There Are the Motion For post Conviction that I Send I
Like for you to Supervisory And Send It to the orleans parish Court
Due to refuse to Acknowledge my pro Se work.

6.) Also Still Need A Complete record of my Case.

7.) The prison lost All my property Due to retalaition

8. I have A Case In the middle District Court 3:22-CV-00240-
SDD EWD
      Antoine Edwards Vs. Lucas Rheem Et al oft How they kept
me In the cell of Deliberate Indifference
9. Send Copies to Courts. Can't get Access to library 2½ indifference
Also lost my property
                        Antoine Edwards
                        10-8-2022

# IN THE
___4/___ **JUDICIAL DISTRICT COURT**
**PARISH OF** _ORLEANS_
**STATE OF LOUISIANA**
**CASE NUMBER** 535-495
**DIVISION "** B **"**

**STATE ex rel** _Antoine Edwards_

## VERSUS

**TIM HOOPER, WARDEN**
**LOUISIANA STATE PENITENTIARY**
**ANGOLA, LA. 70712**

Uniform Application
**MOTION FOR POST CONVICTION PLEA AGREEMENT**
Supervisory Writ
**MEMORANDUM OF LAW**

**EXHIBITS**
Amended Joinder of: Art 927, 929, 930.1, 930.3
930.6 930.9 For post Relief 930.8 (2)
Amicus Curae
**RESPECTFULLY SUBMITTED**

_Antoine Edwards_
17544 Tunica Trace
Louisiana State Penitentiary
Camp **D** Baven 3-L #8
Angola, La. 70712

In the Court of Criminal District Court

Parish of Orleans Division B

Case # 535-495

STATE OF LOUISIANA

US

Antoine Edwards
Petitioner—Appellant

Memorandum In Support
Of Application of Post Conviction Relief
Amended Pursuant To Art 927,
Art 929, Art 930.1, Art 930.3(1)(2)(5)(6)(8)
Art 930.6 Art 930.9. Art 930.10
Amended Joinder Contlation Supplement
Supervisory Writ Amicus Curae

Recommendation of th Circuit # C.O.A 5th Circuit
LA Supreme Court to United States Supreme Court
United Nation Court of Justice Home Rule
Facts of LAW Summary Judgment
Amicus Curae 28 U.S.C. §636

Respectfully submitted
Antoine Edwards 148056
17544 Tunica Trace
Camp C Tiger 2/R #2
Angola La 70712

C Ci

STATE OF LOUISIANA

VS

Antoine Edwards

Petitioner-Appellant

Petition

41 JDC Sec B
535495
4th Circuit C.O.A
2021-KA 0494
2022-KH-00292
LA Supreme Court
U.S Eastern Dist
22-2199 Sec) MAG 1 5th

Brief And Facts Deliberate Indifference Conspiracy Partnership

1.) Here is my post Conviction Supplement Amended Brief I Send to the District Court, And they have returned my work back to me. Stated Cannot Forward. Also Return to Sender.

2.) I feel that The prison Are the Courts playing games with my mail And Freedom Lost All my lawbook/lawwork And property

3.) The prison has been working with the Courts Causing deliberate Indifference by keeping me In these Cell So that I Can't have Access to the law library. Also 9-13-2022 They lost my Box of All my Documentation. Also the three Box I wrote. And All my property Due to being partnership of the State of Louisiana

4.) I been had Captive In this post Incarceration of post Conviction, where I have been exile banish out of Jurisdiction to A Slavery Death plantation Prison where they make you work for Cents Injustice for Justice I call It. As to Say Injustice-Injustice. Sentencing people to Slavery Is Not Justice According to the moral Law. And The Conscience of Right And Wrong. For it is Pass wrong It is A wrong Is The Conscience of Right And Wrong. For it is Pass wrong It is A wrong Is

5.) Courts refuse to give me Transcripts, Discovery A complete record of my own Case. The Mallizious Abuse of process. My post Conviction Relief of my own Case. The Mallizious Abuse of process. My post Conviction Relief Papers was mailed Aug 03 2022 by Classification And It was Return back

To Sender Oh 9-28-2022
They refuse to Accept my
Claim I mailed to
Arthur Morrell Section "B"
2700 Tulane Ave
New Orleans LA 70130

The refuse to File It was
Send Back Here is the proof

US POSTAGE
ZIP 70112 $004.08
0000387755 03 2022

-R-T-S- 701305036-1N 09/28/22

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Real Life fact

Due to the depriving me of my Constitutional Rights. when the Courts jobs And Rudimentary of LAW Of Justice Equality And Freedom. I feel As A man who Is Important to his Family Friends And Kids. As to Administrating laws It is Only Right to Treat people How You want to be treated. That Is the Golden Rule. As God Is the Sovereignty of His World. He is the Supreme The One true Authority, Judge, provider of His providence That He gave to All Humans Inalienable Rights of pursuit of Happiness. Through the Course of Evolution And History of Revolution. To making Our promise land a place of Civilization, In the Form of Civilized human being. As to this Being God world we Are All Equal. We All one make mistake. But the main thing About Everybody want to be loved, Have kids, A wife/Husband And Enjoy Life. But God say do not Judge, If You was to judge As back In those Day when God Had prophet. Only the Righteous are A Clergy-Are A preacher was to Judge the Case. With Under Standing of the Situation And Cause And Effect to the Reaction of the Situation. According to Administration Of Justice, And the institution of Prosecution, There Are A proper ways of Doing Justice, There must be A prima Facie Case to Start, A proceeding with Due process And Equal protection Of law and Order, To bring A Suit. They must have The elements of the Crime and Witness of All Facts. The Constitutional Rights must be respected. From the Start to Finish. All Evidence must be Concrete to Sustain A conviction. If Any Constitutional Right has been violated. The Case would be Unconstitutional Unlawful Conviction, that's Wrong And fall Under the Standard Of malicious prosecution And Abuse of the process. The Constitutional Is the Supremacy Clause to protect people from Arbitrary Government In the bribery And Unjust enrichment by Defrauding people of there Freedom Justice And Equality When the Case Is brought properly There Shall be A speedy Open And Close Case of Justice. Due to The Malicious prosecution And Abuse of the process. To Regard A person Rights, Civil, political, Human, Natural, Individual, privacy

In Merit But Outright As A Infringement Of Constitutional Right Where the Conviction Cannot be Sustained. The Unconstitutional Unlawful illegal Restraint Of Conviction must be vacated Dismissal with prejudice In the Constitutions/torts That will be redressed In A civil Suit, Challenging All who played A part In the Infringement Of Depriving A human out of His Constitutional Right of law and Justice Due to the Detective Misconduct And Intrinsic Fraud by Falsifying Document, tainted Evidence, False elizikted Coercive, deceptive, vinditiveness of Malfeasence In office, Color of Law Color of Authority, violation at theire Constitutional Duty to respect The Trust that they Swore under Oath to respect And uphold Professional Conduct of office, In the Administration law, And Administration of Justice. No One Shall be held, ordeprived they life, Liberty Freedom and Justice of law. Due to the Detective Abuse of the process And the prosecutor Conspiracy Theory of 2nd Degree Murder was In Fact Malicious Prosecution of A Factual Innocent man The Detectiver Put A 4.5 Stolen gun from A kenner report to Frame A Innocent man, And Defraud Mr. Edwards out of All his Right Just for Unjust enrichments. Mr. Edwards record And Characterstic Is A well known Father chef for over 13 year of working In the French Quarter Before Mr. Edward move to Atlanta In 2015 with his Lovely wife Lowenn Edwards Mr. Edwards Is A Father of 2 Biological kids And 3 step kids that he took Care of, Due to the Malicious prosecution and the Conspiracy Theory of Manslaughter Mr. Edwards have been deprive of Life, Liberty Freedom And Equality In this Unconstitutional Unlawful wrongfully Conviction. On my 2015 speedy release day the Ineffective Counselor gotten A Extension on my free of Bail Day to go home to his Family. Mr. Juan Foils Disloyalty Cause Mr. Edwards To stay A Extra 4 more years In prison Due to his Conflict of Interest by being on the side of the prosecution the Case was partial. My Libel, And Character of my my Appearance was publicity Shatter on the News As A Arm And Dangerous man. My Name has been Defame And Mark In the eyes of So

As A victim of murder. As to me being The breadwinner of my family
I lost All my livelihood. Due to the Entrapment of US-urpers who
Frame A Innocent Man Due to There Data Base Cause my
Name Is Antoine, I heard But don't know who did it
I have No Knowledge of the Situation. I heard A Guy Name
Trumell did it because they Guys way riding In his girlfriend
Car, I was told A Guy Name Antoine Brumfield Who Stayed
Around the Corner who Die A Year later After the Incident
In the Same Area Also I heard Mr. Carl Baptiste Kill them
Also Due to them trying to Rob Him. Also I heard that The
Guy's mother Try to Set Mr. Car/ up So her kids Could Rob him
Cause he was cheating on her. All I Know Is that my Sister Call
me From Texas And Said Brother you ent. U for questioning of
A murder turn Yourself In before they try to Kill you because
You was Said to be Arm And Danger. So I turn myself
In At Fulton County In Atlanta. waiting For extradition And
was Sent to New Orleans. I Turn my Self In 3 days After
I talk To Detective Kent. Febrary 3, 2017 I was on the New.
Feb, 6 2017 I turn my self In. I was Never Read my Miranda
Rights. I was never question. I Arrive In, In New Orleans
March 6, 2017, I wasn't Indicted untail June 22, 2017.
There was No Arraignment no presentment to the Grand Jury
I only had A Preliminary Hearing. There was No Eye witness
Are no Element of the Crime. Only Intrinsic Evidence
And It was Intrinsic Fraud, False pretense, Forgery Instrument
Hearsay Testimony. Illegal tainted Gun. Also It was A Illegal
Manufacture Indictment. This Whole Case. You Could See that
I have been Frame. The prison Is Causing deliberate Indifference
to me getting any law work Done In this post conviction, post incarceation
I lost Everything Also The prison lost All my law work Law books
And All. I been held In for over 2½ years In the cell just
So I can't get my law work Done. I t has been ongoing
retaliation From Angola Administration I know the D.A told
them to keep me In the cells So I can't do my law work.

of my motions. I'm being Denied Access to the law library. They have poisoned me Set me up. Making guy try to fight. The State of Louisiana Is Still Governed by The Jim Crow Governance of Convict leasing I have been Sentence To Death and Slavery At Angola Slavery plantation Penal Institution. Those Napoleon laws Under the Uniform Commerical Code has turn me Into A Chattel property. Due to Those Jim Crow Black code and Slave Codes - That Is So Out Dated. Slavery Is going on by The Court of law. That is Not Justize these laws Is Unconstitutional This Adopted Constitution Is full of Racial Discrimination Racial Disparity. This State of louisiana Is the last Slavery State That Is violating The Guaranteed Clause Of A Republic Government IS violating The Supremacy Clause. Also Due to the Preeumption Doctrine The Territorial Government (lack) Jurisdiction. For Once It come to be a population. It is Governed by The Principle Of The Federal Constitution. Due to Orleans Parish Court Is of Defacto Authority Trustee Corporation And Officer. All these New Congress Enactment of laws Is Nugatory And void.

LA Const 1817 (A) and La. C. Cr. p Art 782 on the concurring of vote of the twelve Jurors. Violate Equal Protection Clause of the 14th Amendment because racial Animus and discrimination Against Moorish American African - Americans. In the motivating Factors In non animous Jury Provision in 1898

Failure to Conduct an evidentary hearing see La C Cr. p 920

In    <u>Constitutional Convention of the State of Louisiana</u> pp 8-9 (1898)

Hon. Thomas J. Semmes Stated that the "mission" of the delegated had been "to establish the supremacy of the white Race in this State "Louisiana X 1035 Zd at 374. President Knuttschnitt Stated Both Judicial and legislative and I don't believe that they will take the Responsibility of Striking down the System which we have reared in order to protect the purity of the ballot box and to perpetuate the Supremacy of the Anglo-Saxon race in Louisiana I d at 381 It was in this Atmosphere of hate that Art 116 was drafted and ratified. Defendant were to be tried <u>before</u> Jury of 12, requiring only nine to concur to render a verdict. This was passed the majority verdict Scheme It was contained in the official journal it self see Journal Supra, proportionate representation on Juries Average 2 black per trial. A selection of 9(nine) vote for avardict served to guarantee white

major Constalary the 2nd verdicts Black Jury 10 must move it up to 10 votes, to find Guilty. The Introduction of the Majority verdict was racial/discrimination, The burden Fall to the State to Establish that the Law, deviating from Louisiana long tradition of unamimous juries would have Passed even without the racial motivation, This, the **14 State Cannot do. The Majority verdict/jury trial scheme must therefore be Struck down under the equal protection clause of the 14th Amendment.

Challenge the composition of the Jury, Challenge the voting requirement. As to my post conviction 14th Amendment Challenge. see State v. Smith, 11-0664,PP 13-14 (LA APP. 4 Cir 1/30/13), 108 So.3d 374, 385 (allow the defense to gamble Upon receiving A Favorable jury verdict). Also challenge the jury only if He is Convicted!

The trial Court erred In Not sending The Transcripts to Mr. Edwards that was A Order From the 4th Circuit which resulted InA Contempt of Court Ms. Flemmings not Following the order For Transcript. Also The trial Court refuse to Send The polls to see what was the Jury polls. As State v. Collins, 10-1181, P.11 (LA. App. 4 Cir.3/23/11) 62 So3d 268, 275. The trial erred in failing to afford Mr. Edwards Contradictory Hearing Also Evidentiary Hearing. Due to Not receiving A Complete Record of my Case. I would Like to declare LA Const Art 1817 and LA. C. Cr. P. Art 782 as A Unconstitutionally assign of Error. Due to the lack of receiving my record I could Not Show proof of Assign error to proof my Case Also to find Errors And Loophole. All my Claims Come from just Studying I Find Errors And Loophole. All my Claims Come from just Studying I Know If I would have had my Complete record I could protect, And Know If I would have had my Complete record I could protect, And Professional representing self In a Productive manner. As to make my Case Easy to litigate And helpthe judge, judge If a accurately. As to pin point The Unconstitutional Error. And Claims to Support Variance In my Case.

In the 1898 Constitutional Convention had racial motivation and, The Same motivation behind 1898 Constitution continue today because there have been no Substantive Intervening Amendment to this Day. Racial Discrimination, Racial Disparity. Under The Jim Crow Coverance of Convict leasing. Turning human to Chattel property As to Say African-American Moorish American Is being exile And Sold To Angola Slavery plantation that Still pay Inmate convicts Cents to work Modernday Slavery As A Inheritance to All representative In their Unjust enrichment Under The Entity of Travel, The Entity of The political State of Louisiana. Human Trafficking Labor Trafficking, As Slavery Still to this Day 2022 A 124 years later. Uphold these establish Organized Monoply Recketeering Government of Arbitrary who is the professional Criminal of RICO Activity And White Collar Crimes.

Establish Courpt Corrupt And non-Unanimous jury And Racial motivation Since 1898 Constitutional Convention Continue Holding people As Political Hostages In the Courts of law Such Devilish Heinous And Atrocity Acts.

In the 1898 Constitutional Convention, where the delegates expressed their overtly racist intent to exclude African American And Moorish American from voting. Also didn't give them there Inherit birthright making them there Subject of there enactment of law. Congress only have A Right to Commerce So the Department of Commerce Under there Uniform Commercial Code Have there citizen As property. They was Not properly Naturalize. Violating the Trust And the Treaty of © AAZZ1141 The Marrakesh Treaty of the descendant of African And London, British In the verified Complaint of The Treaty of Friendship And peace That's Documented Under the United Nation. The Morocco And United States Treaty that is Supreme law of the land. The Convention Stated intent: "the exclusion from the Suffrage of Every man with a trace of African blood in his veins." to eliminate from electorate the mass of corrupt and illiterate voters," and "to protect the purity of the ballot box. There was a clearly ** 1s established racist intent to disenfranchise Moorish American African American Spanish American voters through the 1898 Constitution. That Is A Supreme violation of United State Constitution. Violation of The International law. Also A Supreme violation of the Magna Carta. For Louisiana Does not even go by the Common-law, Are Even have A republic Government Violating the Guranteed Clause Supremacy Clause And Is A Defacto Corporation Authority Trustee and officer-official violating The Cesti Que Trust. Also The Unconstitutional non unanimous jury verdict In the Majority verdict

As the prosecution acknowledges, the 1901 Alabama constitutional provision on disenfranchisement, which considered in Hunter v. Underwood, is Strikingly-and regrettably-Similar to the 1898 Louisiana Constitutional provision on disenfranchisement Hunter V underwood, 471 U.S. at 228-229, 105 S.Ct. 1916 (emphasis Added) In addition to the testimonies of two Historians of the proceeding of the Constitutional Convention and several historical studies were accepted as evidence, all of which together. "Showed that the Alabama Constitutional Convention of 1901 was part of a movement that Swept the post Reconstruction South to Disenfranchise blacks." id at 229, 105 S.Ct 1916.

Same Racial motivation Just Change 9 to 10 the Supremacy Still Stand.

In 1973 Constitutional Convention debated the issue of less-then unanimous Jury verdict when It change the concurring an number of jurors from 9 to 10. But The 12 concurring to been Establish For the 1200 by the king 1 Henric It was Charles Been Establish 12 have to Find you guilty. Also The Grand jury Indictment Is the only Security from vindictive devilish craftiness of the prosecutor. The Grand Jury Is to be brought for Capital And Infamous Crimes for Accusation. These organize Establish Government Is doing to much They Already have law And order.

whole United states and in the whole Federal System that allow one to be
Convicted by 9 out of 12 votes of a 12 man Jury. The is erroneous and
Contrary to the Interpretation of the whole law of the land. That is
A Variance that must be Fix to be A complete whole As United states is
A whole. just As the other state give people 15 years Are 20 years for
A whole. Louisiana with those black Code And Slave Codes, violating the
murder, Louisiana with those black Code And Slave Codes, violating the
more law Also the Law of Nature Jus Naturale God law who Is
more law. The king of kings Lord of lords God of Gods. The Supreme
Sovereignty The king of kings Lord of lords God of Gods. The Supreme
Judge who Judge man kind by his laws statue And Ordinance for He
Judge who Judge this Is his world His people His land, write Air So
Is the Creator this Is his world His people His land, write Air So
who gave them power If we All Equal. See to me people lack
who gave them power. For money Is the
Common Sense And have no Sense of Judgment. For money Is the
Rule of All Evil when It come to earning money. with money
Rule of All Evil when It come to earning money. You Could pay For Freedom
You Could be dead guilty, but you got money You Could pay For Freedom
You Could be dead guilty. Judgment For the
Bribery. There no Integrity, Honesty Are better Judgment For the
Situation of the Cause And Effect of with A prudent man must do
Situation of the Cause And Effect of with A prudent man must do
In different situation There Are Time you have defend yourself As
In different situation There Are Time you Judge you. That's Why God created
to kill or be kill. Only god Could Judge you. That's Why God created
to kill or be kill. Only god Could Judge the 7th is the Lord release
the law of Nature. Sabbitical year on the 7th is the Lord release
Follow GOD rules regulations statues, And Commandment for this
Follow GOD rules regulations statues, And Commandment for this
Is Allah God world. And As Human we all ARE Equal No Uniform
Is Allah God world. And As Human we all ARE Equal No Uniform
make no one Better That is A Hypocrisy All Is Acting. The reality
make no one Better That is A Hypocrisy All Is Acting. The reality
Is No one own nothing but there life And there livelihood. The
Is No one own nothing but there life And there's why A lot of people
Return Is to God. Respect God First that's why A lot of people governed
Return Is to God. Respect God First The Government Is Babylon. They governed
lost By the Devil Deception The Government Is Babylon. They governed
people but do make Sure they Are Straight Are Equal we all want to
people but do make Sure they Are Straight Money what is the most Valuable
enjoy Life Equality. They point. Money what is the most Valuable
enjoy Life Equality. They point. See O Common Sense Let Enjoy this
Life Are Rapert money. See O Common Sense Let Enjoy this
Great Last Day of Evolution And live And Peace A in 4 no way
Great Last Day of Evolution And live And Peace A in 4 no way
Our State Suppose to have homeless people But they make money
Our State Suppose to have homeless people But they make money
Represent a city Love Peace Happiness And Freedom with Our
Represent a city Love Peace Happiness And Freedom with Our
In a henshuh Rights of Pursuit of Happiness respect my
In a henshuh Rights of Pursuit of Happiness respect my
Conscience I could do A Better Job than the Representative
Conscience I could do A Better Job than the Representative
pass out that money And Love Happy EASY. see O But they
pass out that money And Love Happy EASY. see O But they
want to government And Govern men but they don't make Nothing
want to government And Govern men but they Did me wrong by
better. They Fighting me for my Freedom And they Did me wrong by
better. They Fighting me for my Freedom According to Administering
violating my Rights. Did Everything wrong According to Administering
law, But I Can't get no Proper redress. Denying me my Freedom
law, But I Can't get no Proper redress. Denying me my Freedom
And they violated the law by Intrinsic Fraud In maliciously
And they violated the law by Intrinsic Fraud In maliciously
prosecuting mr Edwards Unconstitutionally Unlawful Conviction.

require Unanimous verdict, Why can't we in Louisiana Respect the Supremacy Clause of The United States Constitution And The Federal Constitution. Beyond Reasonable doubt All must Concur In A Judgment of 12 to be Found Guilty. So All that Falls under 9-3 10-2 11-1. Is Unconstitutional And Cannot Stand As A Constitutional Conviction Is illegal And Unlawful the Sentence Should be vacated. By the variance of Judgment.

Contrary Interpretation Of the Constitutions of Supreme.
The United States Constitution And Federal Constitution Is the Supreme law as the Supreme Clause. The Louisiana Jury Composition Is erroneous And Contrary to the Supremacy Clause.

As The present law, in Louisiana Constitution which Article VIII, §41) and, also, in Article 782 of the Code of Criminal Procedures, provides that in cases Necessarily punishable at hard labor the jury shall be composed of twelve person, nine of whom must concur to render a verdict Then Change It to 10 concurring In A verdict Still doesn't mount up to Guilty beyond reasonable Doubt. It Still erroneous and contrary different to the Supremacy Clause And contrary to the Guaranteed Clause of A Republican Government, Due to the the Jim Crow Governance of Convict Leasing As A Slave code and Blackcodes For Racial Animus, Racial Discrimination Racial Disparity And violation of the © At 222141 Marrakesh Treaty. It is Stated that No State Shall make or enforce any law which shall abridge the Privilege or Immunities of the Citizen of United State. Due to Louisiana being A Foundation of white Supremacy And Racial disparity And Racial Animus And Racial Discrimination Under the Jim Crow Governance of Convict Leasing Imposing Hard labor-Slavery-Involuntary Servitude upon the Citizen of United States Is Heinous Activity And Monstrous In there Unjust enrichment Doctrine of white Collar Crimes Grand larceny By Fraud. As to the Case of plessy v. Ferguson Supra Stated By the Supreme Court that there can not be Imposed Any Badge of Slavery Imposed on the Citizen But Now I Claim any Error of Slavery All Courts refuse to Address there wrong And Heinous Crime Under the Court of law. The 3th Amendment Struck down Slavery Involuntary Servitude Labor trafficking stitution of All forms of Slavery as previously existing in the United States it prevents the imposition of Any Badge of Any Burdens or disabilities constitute badges of Slavery or Servitude. It decreed Universal Civil im in this Country plessy v. Ferguson Supra page 9. The 13th Amendment

Is and glory of American citizenship, and to the security of my persona/Liberty.

As to my freedom I been maliciously prosecuted By Intrinsic Fraud with no Elements Are Eye witness been sentence to Death In prison while doing HardLabor-slavery til I die Is Heinous. The Judge have No morals Are A Righteous to Judgment of Conscience of Right And wrong. If they think Sentence people to HardLabor-Slavery Is Righteousness they Need to take training In The law of Nature The Bible the real law. Only 7 years of Slavery And the 7th year Is the lord's release Once he Have A Conscience of God 1st And Right and wrong For the Return Is to God the/true God the Supreme Judge Sovereignty. Due to the Court violating of All my Rights And Inalienable Right of Patrimony God Gave to All human As to there Conscience And there pursuit of Happiness. As State By Louisiana Supreme Court. Nor shall Any State deprive any person of Life, Liberty or Property without Due Process of law, Are Equal protection. My Due process of law have been violated by Abuse of process And malicious prosecution, Also they refuse to redress Are Answers any claims In the Administering justice to my Injustice In my Case 535-493 where they put two illegal Gun, illegal restraint In the post incarceration from my post conviction. Also the Courts returned my Post-conviction relief Claims of Error back to me. my Fundamental Fairness Rights has been denied. There refuse to Emancipate me from there Unconstitutional Unlawful conviction that Should be Vacated. And my privilege And my Immunity Should be granted Due to violation of my Rights, Individual Rights, Constitutional Right, Natural Rights, Civils Rights Also any Inherit Birth Right As to the Moorish American Zodia Constitution that they have violated. That is A Supreme violation of there Magna Carta Code In the violation of the international law, law of Nature Also the Supreme Treaty of the law of the land. I seek my positive Immunity And Rights. Also Exemption from unfriendly legislation of the Jim Crow Government of Convict leasing Also seeking the President Barrack OBama Executive Order of judicial notice of the legal matter of Slavery For Immediate Release that the Court refuse to follow the Administrative law for the organize Government And there Arbitrary Government of violation of my Rights. Due to the Foundation of the local Louisiana Constitution Foundation was built up on the Foundation of white Supremacy. Check the Prison record It will

Also the native American Indians has been a target for the Government
In there genocide of blacks and any other races that is not of the
European Nation In there Supremacy to Control And Enslave blacks.
Towards of territories of blacks In the low poverty housing
Development In the Urban Areas of the Cities And Territories of
Louisiana. In the Dred Scott US. Sandford Supra In 1803 when
France Ceded The Orleans parish to the United States In the Morocco
Treaty of AA 222141 Friendship and peace with all Privuledge And
Immunity That the population be Governed by the principle of
Immunity That the population be Governed by the principle of
The Federal Constitution. Due to Mr. Edwards being Heirof law. Those
Save principle In subject matter for the Citizen of United States
Applied to me As my Inheritance of Rights, And Birth Right of the
Native Moorish American Indian of United States. Due to the Diversity
of Citizen Orleans parish Territory Court Does not have Jurisdiction
over me I'm Not subject to those legislation enacted laws. The
Properly Administering of law. And proper Court Is In the United
State District Court of Eastern District that have power And Authority
of the Citizen of United State. Due to The Louisiana being preemption
Doctrine to the Supremacy Clause And violating The Guaranteed
Clause of the United State of A republican Government The Louisiana
Constitution Is the Foundation of Racial Discrimination, Under the
Jim Crow And Napoleon law that Contrary to the United States
Constitution And treaties that Is Supreme law of the land. As to
being A Moorish American Indian of African descendant, I have equal
Right of law As to the Home Rule. Due to The Louisiana Constitution that
Is Inconsistent to Equality of the whole law Is erroneous And A Variance
violating the Equality of law and Rights which pertains to Citizenship.
National and State, The State of Louisiana political organization Is violation
my civil Rights, political, Human Right of my personal Liberty enjoyed,
by everyone within the United States. Due to the State Not complying to the
order of Transcript or the Constitutional Right of Judical Record. I Like to
Argue About the Art 782 that violate of the 5th 6th And 14th Amendments.
Due to lack of Courts Not following the order to release my Complete records Also
the partnership of Angola working together to keep me In Prison Angola
has kept me In the cell 2½ years. All Z keep telling them I'm trying

to any of my law work Jail for of liberate and Jail difference to my freedom. Also they have lost All my law work property through to Retaliation of law suit And A.R.P The record of my cases will reflect The Injustice of the Courts And prison detrimental to my freedom. In April 20, 2020, the S.C.O.T.US released it opinion in Ramos ruling that the Sixth Amendment to a jury Frizl as incorporated against the States through the 14 Amendment requires a unanimous jury verdict to Convict a defendant of a serious offense. They Overuled the Apodaca, that was gravely mistaken. Ramos ____ U. S ___ 140S.Ct. at 1397, 1405, Justice Gor such further noted that. In effort to win today's case, Louisiana embraces the idea that everything Is up for grabs State v Donovan Supra page 4

S.C.O.T.US Court has ruled definitely that Non-unanimous jury verdict are Un Constitutional, Due to the Ineffective of Both Counsel of Trial And Counsel of Appellate on my Appeal Juan Foils Failed to Give me my Case And Failed my Appeal Christopher Aberle Refused to give me Copy of my Transcripts when he could have sent A Copy to my Friend Like I told him. He refuse to Acknowledge my Brief And Supplement to my Claims, He was Ineffective I Gave him no right are Approval to his work he use False pretense And Embetzlement And Acted like he was me In disregarded my say so on my own case. I need my record to help my self to my own freedom I'm Not Incompetent to law no more. Need A New trial New Appeal for the Claims that I have my equal protection has been violation by A partial misrepresentation of the State of Louisiana AS To the Ramos ____ U.S. ___, 140 S.Ct at 1406-08; see Griffith, 479 U.S. at 328, 107 S.Ct. at 716 (A New rule for the Conduct of Criminal prosecution is to be Applied retro Actively to all cases, State or Federal pending on Direct review that is Not yet Final") According, the Ramos holding Applies in this Case and invalidates the defendant conviction by a non-animous Jury verdict. As to the New Constitutional rule announced by the U.S Supreme Court in Ramos v. Louisiana, which requires Unanimous Jury verdicts in State Felony trials, Applies to this direct Appeal of the defendant non animous conviction, The Case need to be vacated of the Defendant Mr Edwards conviction And Sentence And release with Prejudice

IN THE

*41* **JUDICIAL DISTRICT COURT**

**PARISH** OF *ORLEANS*

**STATE OF LOUISIANA**

**CASE NUMBER** *535-495*

**DIVISION** " *B* "

**STATE ex rel** *Antoine Edwards*

**VERSUS**

**TIM HOOPER, WARDEN**
**LOUISIANA STATE PENITENTIARY**
**ANGOLA, LA. 70712**

**MEMORANDUM OF LAW IN SUPPORT OF**

*UNIFORM Application Amended*

**MOTION FOR POST-CONVICTION PLEA AGREEMENT**

*Recommendation Magistrate of Louisiana Supreme Court Supervisory Writ*

**MAY IT PLEASE THE COURT:**

NOW INTO COURT COMES *Antoine Edwards* Pro Se Petitioner,

who respectfully presents, his MOTION FOR POST-CONVICTION PLEA

AGREEMENT, for which he respectfully incorporates into and makes a part of

his Request to enter into a Plea agreement with the District Attorney of

*ORleans* Parish. Furthermore, after due and proper consideration of the

merits herein, petitioner respectfully moves the District Attorney to grant his

request, and set aside his current conviction and sentence for the reasons

established herein.

**JURISDICTION**

Jurisdiction is proper before this Honorable Court pursuant to La. Code

Crim. P. art. 930.10; and which was enacted by **Act No. 104( 2021)** *eff 8/1/21*

*Consent for Diversity Jurisdiction And Subject Matter proper Venue*
*LA Supreme Court, United State Eastern District Court*

## MEMORANDUM

The Louisiana Legislature passed S.B. No. 186, authored by Senator Smith and Representative Marino and Louisiana Governor John Bel Edwards enacted Act 104 of 2021, *effective date August 1, 2021* to provide as follows:

<u>Art 930.10 Departure from this title; Post conviction plea agreements</u>

A. Upon joint motion of the petitioner and the district attorney, the district court may deviate from any of the provisions of this title.

B. Notwithstanding the provisions of Code of Criminal Procedures Article 930.3 or any provision of law to the contrary, **the district attorney and the petitioner may, with the approval of the district court, jointly enter into any post conviction plea agreement for the purpose of amending the petitioner's <u>conviction, _sentence,_</u> or habitual offender status.**  The terms of any post conviction plea agreement pursuant to this paragraph shall be in writing, shall be filed into the district court record, and shall be agreed to by the district attorney and the petitioner in open court.  The court shall, prior to accepting the post conviction plea agreement, address the petitioner personally in open court, inform him of and determine that he understands the rights that he is waiving by entering into the post conviction plea agreement, and determine that the plea is voluntary and is not the result of force or threats, or of promises apart from the post conviction plea agreement. [see exhibit 1 attached Act 104 2021]

41 Judicial District Court
State of Louisiana
Case # 535-495
Division B

State ex Rel Antoine Edward
        US.

Tim Hooper WARDEN
L.S.P
Angola LA 70712

MemoRANDum In Support Motion of

Post Conviction relief pursuant to

Art 927, Art 929, Art 930.1 Art 930.6
Art 930.9 Recommendation of Amicus
Curae Adjudication of Fact of LAW, Louisiana
Supreme Court. U.S Department of Justice
United Nation Court of Justice, International
Court of Justice, U.S District Court
United State Supreme Court Amicus
Curae of Fact of LAW by Consent of Diversity
of Jurisdiction And Courts of LAW

                ORDER

May It pleases the Courts.
            Now Comes Antoine Edwards Pro Se petitioner
who respectfully present his Motion for Post Conviction
Relief. Due to the violation of Due Process And partial
Sided Trial. And Abuse of process. violating the Institution
of prosecution by Maliziously prosecuting A Innocent men.
by Factual Innocent According to the Procedural law. According
to Art 384 the Indictment by Information for felony's Is Illegal
And Invalid. According to the Constitutionality that is a violation of
Constitutional Right. violation of Due process of law and equal
Protect the False pretense by embezzlement for Unjust enrich
Is a Smart Evil way to get money by defrauding A Human of his
life. White collar crime. kidnapped Defendant with A Pen by

In the Court of Laws "the totally of Constitutional Duty that he was suppose to uphold with Trust and Administer Justice According to the Substantive Rule-Rights And procedure of Institution of Prosecution According to A.L.I. That was Unethical Conduct, Misconduct by obstructing Justice, Miscarriage of Justice by Intrinsic Fraud Fruits of a poisonous tree Evidence the Usurper When In the vault out Another person evidence Just to put a gun that the Expert Ballistic gun examiner said was Similar. That was Malfaesance. But he Try to Prosecute me when He is A professional Criminal for Unjust Enrichment by the Lynch law, with all his Co-Conspirator to help. Juan Foils had a Conflict of Interest when he took long to put My speedy Trial In. Then When I was About to be release, he ask did I want A extension I told him No he still gotten a extension that how it Show he was Not trying to make Sure his client go home. He made Sure His Client get And be defrauded of his Life, Freedom, Liberty And Conviction Justice. He was so Ineffective then that's when Jason Napoli Come with a gun out the evidence Room to Frame me. But that's why the had a Contempt on the Court Cause they Refuse to Follow the ORDER OF the Circuit Court to give me My Transcript All I know that She Is the judge I know she not about to go down with that Usurper and she suppose Administer law. It Seem As She was bias, But I know Somebody gone have to Pay for Injustice for Justice. Equal protection of the law I want by Justice. They have rules And regulations. Everything was Done to entrap out of Bad Faith to gain A reward. In the Penal code for Compensation of civil Suit to get a reward. With the Jim Crow laws of Slavery To Professional Human Trafficking. Falsifying Document. incrimination Conspiracy embezzlement. obstructing of justice. That's why when I've was Young kids. We Always been Scare of the police they take people And you Never see them no more. Kidnapping by law with a badge. Some of my friends didn't even Sell drugs. But the police put drugs, guns, False Charges, False Imprisonment I I finally happen to me Now. They put guns on me.

Falsify documents, forgery indictment. Coerce Testimony Hearsay evidence that is not Evidence Even got people to point me out just cause my name Antoine. But As I always hear just like everybody Else might hear theories are fact without the person to tell you who did personal That Aint Nothing but Hearsay. I heard Mr. Carl did it they try to Rob him. A Guy name Antoine Brumfield he stayed around the Corner, also I heard Orlando William who mother Is Torrie Williams. I'm just trying to get my Freedom back. Even I heard they wes In Trunell girl friend Car. I don't even know those Guys. All I know I been Framed by two Co-Conspirator who made money off my life They put Guns. First Detective Kent Got a whole 4.5 In my discovery And I turn myself In Atlanta down the Street From my wife House. I been move from New Orleans. In 2014. I work all my life In the french Quarter. my work history will reflect that. My Name been Slander Defame, And libel be Shatter. Once they say something on the Programming News. Everyone who see you labels you as what they see. My sister Call and say Brother you on the News for A killing And she stay way In Texas. I been personal Marked As A killer. And I have no knowledge of that situation Just Cause my Name Antoine. And All type of Zealous witness of the Family wanted Immunity from the Criminal life. All wanted favor. And that's what the D.A. I Need my Transcript So I Can file my Charge And show any proof of how the usurper professional Smart Criminal work In The RICO Activity of Governmental Agency who is No Different from No One they feel they Above law And Could do whatever they like Cause they Feel Superior. But watch how the Federal Government work when It's time for them to do there Job they Are Professional to.

Law of Nature God LAWS of Jubilee

Due to Britian Ruling And Controlling the Central
of United States of American that Stated In the treaty
In 1803 when France Sold Lousiana Purchase. Stated that
All citizen have priviledge And Immunity. The Queen of
Britian Under the Divine Law of Nature Stated that the year
2022 Is the year of Jubilee Freedom of All Slaves And All
debt that IS A Sacred Divine ORDER From the Creator law
of Nature. That IS the Creator law that live forever. For this
IS his providencey Land, water and Creature he created and
have Supreme Authority, And Sovereignty over All. It is not a
man made law as the Government who have No power. It is
the Supreme law that govern life. And Human being Affairs for
the Return is to the Creator. If one does Not respect the
Creator Law that IS treason of his Sovereignty. For he give life
And take like. We Are on A Pursuit of Happiness to ensoy life
And be righteous. We Are on probation to Act good And Gain
Our entrance back to paradise where our Ancient parents Adam
And Eve Fall due to Satan deceptive, Manipulative, wey of trying
to lead man kind to hell/with him. Allah God has Statue
Oridance And Commandment all All Suppose to uphold. So we all
will be judge As It is in Heaven As It is on Earth. Respect God
Law before human law. May his will be done with mercy, Grace
for giveness with pardon to All wrong Done. To violate the Lord law
IS A Supreme violation And condemnation to the Hell Fire. This
Babylonia System of Goverance must Abide by The Supreme
Authority Sovereignty of All If Any Moral are Conscience Is to
be use It's IS the Conscience to respect the True Sovereignty
Over the World-Earth his providence his laws his Statue I
Pray for my priviledge And Immunity In the Age of Reveal And
Impunity In the year of Jubilee the lords Release Amen.
                                        In shA Allah.

## REASONS FOR PLEA AGREEMENT

Plea Dismissal, Abatement, Bar, Plea of jurisdiction
Due to the UnConstitutional, unlawful conviction V Ague Statue
L.A. Co. Cr. P 2004, Art 607, Art 463. defect in declaration.
consist of Demurrer, Art 384 illegal/invalid. Forged Indictment
lacked foreman signature. Intrinsic Fraud And Evidence Limited
Admissibility. Tainted Gun, Brady violation, Napue violation.
Fatal Defect in Allegation. NO grand jury Endictment. Manufactual
of Indictment, Insufficient evidence, obstructing of justice.
Fraudulent representation, lacked jurisdiction due to diversity
Cacked subject Matter. prejudicia/ Identification, Misconduct
Abuse of process. Fraudulent Indictment don't give criminal jurisdiction
to State Court. Convixtion Is void. Impermissibly suggestive mis Identifixing
UnConstitutional. Jury charge on theories Not Indictment.
malfaesance with two guns. Conflict of interest on 70 h Ineffective
Assistance/ Setback Delay. void Contract for unjust enrichment
embezzlement False pretense. Fatal variance vicarious Liability
void Judgment unfair trial, Dead lock Art 720 Art 705(b) expert say
said tainted Gun is similar. Abuse of process, by bribery to defraud, Breach
of Contract Malicious prosecution, Miscarriage of justice, response
verdict Majority verdict. Impeach the inconsistent statement of
Zealous witness. violation of Law of Nation, Human Rights, Natural
rights, civil rights, Birthrights, privacy right. Limitation expired
refuse to ask for relief. 2nd Degree murder is waBony Statue
for the suspect. It should have been Manslaughter. Conspiracy Entrapment
This is A plea of Abatement for Unconstitutional/ unlawful/ conviction

5. 535 (iii) only grand jury Indictment. 534 (13/2) not properly filed Art 782 13) jury 774 contributed to conviction. 859 Gun New evidence Art (e)3 fraud 538(3) expired time Art 409 exclusion of Relevant Hearsay testimony 2 tainted Guns. Art 104 should have had a hearing 701 speedy trial violation 802 Hearsay violation. Denied Transcripts. D.A Zike And Discovery, fail to Answer my claims on Direct Appeal Due Ineffective Assist. forgery over my Pro Se Brief And Supplement

## Conclusion

Due to this Unconstitutional Unlawful Conviction, Malicious prosecution Intrinsic Fraud, Bribery, Unjust enrichment. Disrespect for the Administration of Justice, Abuse of the process, Wanton recklessness Unethical conduct, Forgery of Indictment without foreman signature Lack of Jurisdiction for Diversity. Moors Is to be governed by federal Jurisdiction. So Sua Sponte of Dismissal for Lack of Jurisdiction. The 701 Speedy trial violation Remedy from the conflict of interest. The Court must set aside the Conviction Vacate the Sentence, And Dismiss the Charging Document for In light of policies which under lie the Right to a speedy trial, Dismissal must Remain the only possible Remedy. Due to the illegal two guns seize out of the evidence room to frame Mr. Edwards. was Atrocity, Unethical In the procedure of Law. This whole case is of Conspiracy Entrapment from the start to finish. Illegal photo Array. No eyewitness. Inconsistent Hearsay testimony that is Not Evidence Are proof just theories. Tainted illegal Evidence. Fruit of a poisonous tree, Intrinsic fraud to Defraud, Deprive of Life, Liberty, Freedom, Equality And Justice. Injustice for Justice is Not Justice. Wrong & wrong don't make A Right. False pretense Embezzlement bribery of A Human, plans, Innocent, Factual Innocent. Inhumane treatment, Cruel And Unusual punishment, Human Trafficking, Slavery by hard Labor. It that is Right How do they judge No moral, principle, Conscience of Right and Wrong Due to the problem, situation And circumstance & of what happen. This case was Bias, partial. As A man family man, husband father, And also A professional chef who work All his Life. Allah Is my sovereignty. And I'm with my privilege And community to continue my pursuit of Happiness for A king of my kingdom And family. I pray for Dismissal with prejudice the return Is to Allah-God for he is the Supreme Judge. The One and only. If is A Hypocrisy No one have power over No one. Jim Crow Days over. We have evolved. For the truth shall set us free, Discrimination is over. I am A Moorish American Citizen Islamic Soul, a for Allah the king of King Lord of Lords God of Gods. with civil Rights, Human Rights, In the Land of the Free. See It's A Joke but life is not. I pray that this Case be Dismiss so I can enjoy these last day of Revelation with my family. Amen. Insha Allah

Conviction obtained under a Unconstitutional/Vague Statue by Not having
The Prima facie Evidence to make A Case There was NO Grand Jury
Indictment or presentment to Establish inquisitorial Power For delegation
This Case of Entrapment been Frame From publicity Scrutiny and
Libel, Defamatory and Slanderous Action of the prosecutor Abuse of
the Institution of prosecution. His Action was malicious and wanton
Misconduct with Intentionally Tort feasor In the organize Gang-
Organization of Con Artist Acting-Actor For Unjust enrichment.
In the Breaking-binding-Manipulating the Law for there
Revenue. There was Unconstitutional pretrial photographic I.D
Imperative Suggestive Lineup with out Counsel. Trail Court Failed
also erred in refusing to exclude the Identification testimony
of the Hearsay Testimony. picture spread Imperative Suggestive
Irreparable mis identification See Stoval V. Denno, 388 U.S. 293
[87 S.Ct 1967, 18 L.Ed. 2d 1199] Cronfrontation of the Accused
for I.D Ba Critical Stage of prosecution. Defense is a Necessity
and require at all Such Confrontation. The Unconstitutional
Unlawful Arrest of 4th Amendment There was NO warrant or
No probable Cause For Arrest. The post incarceration of False
imprisonment while Probe going on, I t was Unlawful Arrest
The indictment or Better yet the Bill of Information Art 384/1
invalid Illegal And void. It is A Forge Indictment # 183 fatally
Defective Indictment. Need signature of the Foreman From the
Grand Jury. That the Forge Indictment lacked. It a Conviction
is Not based on a lawfully and Sworn-N-to-Indictment.
It is a Aggravated Kidnapping. So He So Smart He Have proof
of his Crime while trying to prosecute me He persecuted his
Self It No this Action Are Documented. Also Is Bar to all prosecution.
In the Case 535-493 Prosecutors was Barred. D.A Ashley helped.
Zachary, And Napoli. Now Bossed Scott, And Benjamin Cohen Is
upholding the Breach of Contract Now there Names All over it.

      According to the Constitution of U.S a Indictment is Fundamenta
Defective. The Forged Manufacture Indictment does not give
Criminal jurisdiction to State Court So the Conviction Is void
Cf. Hollingsworth V. State, 8 Texa Cr. R. 248, 221 S.w. 978 (1920)
King US State, 473 S.w. 2d 43, 48 en. 1152 (Tex. Crim. App. 1971)
District Attorney Abuse Grand Jury System. Forged a Indictment

Which was not presented by the lawfully Impanel Grand jury
Nor was the case presented to the Grand Jury of Orleans
County. Are to the proper venue. For Moors Are Govern by
the Federal Constitution Due to the policing Algorithms System The
State Falsify personal data, As to Nationality, Is Inherited From
The Moorish American Zodiac Constitution In the 8th Amendment.
Rights In the Adopted Constitution that's retained for the people
In the 13 colonies. Zodiac Constitution WAS For Moors, Asia
African Native, American, Spanish, European, Japanese, Honduras,
Mexican. When they was No His Stereotyping. Or Discrimination
of Color. Are Racial Disparity. Are Racial Discrimination are
All was Equality. Nobody have power over No One. It was
Like A Monarch. But the policing Algorithms reflects mistake
Racial, Bias in Corrupt, Historic Databases Partially For low poverty
Urban Area, territory Neighborhoods, representation of crimes In
the Community at worst, records containing Falsified crimes, planted
evidence, racially Bias Arrest In the system is embedded in
Political, Social Racial Bias. There is no privacy. The Government
Want to know everything you do.

## Indictment Invalid Forged.

Due to Not Following His Constitutional Duty In the institution of
Prosecution the Art 384 I's Invalid Illegal. The Invalid Indictment
Failure to list Grand jury witnesses, Failure to specifically element of
the crime. Failure of proof of Evidence. Evidence doesn't conform
to the allegation. All evidence was Forgery and false pretense, fraud
illegal Seizure. Obscurity and Confusion and Ambiguous, And
Doubtful Meaning, Conspiracy, Argumentative, Alternative. The
pleading does Bad. Inconsistent with the Complaint Of Facts.
The declaration and conclusion, lay damages, and allege production
of the suit, Prosecutor Asked for no relief. Also he Breach his Contract
I'm Still Fighting My post Conviction. Still False Imprisonment
Post incarceration with a No warrant of Commitment. Use the news
Media To paint A picture Had No Element and Eyewitness just wanted
a reward, bribery And Assurance to have someone Convicted. The
had no right of Authority to Delegation. No power was given from
the grand jury. The Abuse of process. There was multiplies the errors
in the jury charge. State of Vague Doctrine The D.A manufacture
and Signed the Indictment for Prosecution, The Conviction was
therefore based entirely on a Fiction have no Legal force

Beasley V State, Owens V State, Lewis V State, 7 78-4790 -NQ.

Hammond V State 178-5221-Nm, Counsel didn't object to the Bill
of Information. Knowing that Indictment must be In the form of
presentment to be proper Instituted Art 384 Information Is Invalid
illegal and void. illegal restraint. Counsel should have objected to
the Jury charge, Should have Squashed the Indictment, had to make
him do that but the Judge Abused Her discretion And Denied
All my motions. This UnConstitutional Unlawful Illegal False
Imprisonment, post Incarceration, post conviction Is Still Not final
They have me far away from Contact of the world, And Family And
Friend. The True definition of kidnap, And Human Trafficking Labor
Trafficking Under Jim Crow Governance of Convict leasing. Sold me
to Angola plantation Sentence to hard labor – Involuntary Servitude
Synomous words for Slavery. They still getting paid the Slavery wages
From 1920 4 cents, that's A historic fact. First the State of Louisiana
Levying US in them making us there subject In the 7th WARD. As
Incapacity And Incompetent. Now The WARD-EN has us as there
subject to As Chattel property taxing us to with Slavery wages of 4 cents
Where I'm A Sovereign Citizen And Allah-God Is my only Sovereignty
Above me literally, figuratively Actually, reality. The Louisiana State
Govern Men is out of Control. Defrauding people by deception,
Miseducation. Indoctrination Mind Alteration. No One Is superior
We Are All Equal. Slave Day's are over No one Is illerate No more
Common sense, A Suit don't make you better. You Just A professional
Smart Con Artist Criminal of Unjust enrichment. doing white
Collar crimes. The Government Is violating the testament of God
a heinous crime Doom Straight to hell, He have A will for his creation
Statue oridance And regulation Also Commend Men Commandments
Due to the Alteration of my personal Information And there Data Base
Falsify Document, Forgery Instrument. Louisiana Is A known French Area
my Daddy French. I grew up on french men Street. I'm a Moors
As Nationality. Descendant of African. I'm am Moorish American
Inherited Birthright. Due to the Govern Men violating the Treaty And
there Constitution Duty to respect the Treaties And Laws of the land.
It's A Act of Treason. The State Actions. They refuse to Give me my
Transcript my proof of my Judicial record U. S. Meyer 8 9 2 8. 2 2 6 4 2 (C 17 1980,

In 1850 In the Fugitive Slave Act the designated Federal Court and Federal Marshell had a peculiar Institution Arbiter of process Capture for service and Labor chattel property, Employee Consist of public official, Sheriffs Magistrate Judge all for Money Unjust enrichment. Now Called the Uniform Commercial Code, Department of Commerce D.O.C. There job was to chase down, kidnap, Abduct, Find Criminals, people, Adults, kids, Women, Men, to make out of Slave, And house them on a plantation Just like Angola plantation that's Strung up And Running the Same way. Use to Lynch people. Under the reform Lynch Law that Form the Special Unit, of Gangs, Unofficial person, organize Bands-Cops, or mobs prosecutor, Detective etc. who seized person Charged with or Suspected of crimes, or take them out of Custody of the Land-Angola, Hunts, L.T.I. St Gabriel etc. And Inflict Summary Punishment upon them without legal trial. Now with trial, And without the warrant or Authority of law. That's the one Fat me No warrant No Authority. That's what the State of Louisiana organize Government Do Now The Federal Government clean there Acts up. The State took over. The Congress, representative Enact Law broke the Oath of Trust Taxation For representation It's All In Dred Scott V. Sanford Su-Pre. The Whole law how It came About The State Now Function In those Same Professional criminal Slave code, Black code method From those Same Jim Crow Governance And Napoleon land. The State of Louisiana Law. Is Contrary to the Common-laws. In the conflict of law erroneous interpretation of Method And Procedure. Double Jeopardy Out the Gate. District Court has No right to Imprison No one They have a lot Unconstitutional Conviction In Jail If I was n't Studying law they would have go time. Both Counsel sold me out was So Ineffective. For there Unjust enrichment. They all work For the State they A Big organize Gang. If I Co LAW Violator su 1000 non unanimous people In prison they refuse to release. 30, 20, 10 Syears In prison wrong Fully Convicted. It A Hypocrecy. They Are Slaving Men In the Court of law by Law. The Municipal Authority Mandating law. Congress don't have no Right to make laws. The power And Suppose Authority Is out of hand with All that Injustice trying to do Justice. And Slavery Is Injustice Heinous Atrocity by the legislatures. Everybody Make mistake. But they making Mandate laws illegal to legal. The Judge MS. Flemmings made A mistake by letting D. A Ja Son Napoli Entrap me frame me In the Court of law. Now All they Did will be use Against them In the court of law. professional criminal who think they Above the law. Sentencing people to hard Labor—Slavery law wrong

State Fashion exclusionary rules. A conviction which
mistaken I.D is a gross Miscarriage of Justice. I. D of the Accused
is illegal without Counsel for defense was perse inadmissible 2d
See Note 7 Osev. California, 394 U.S. 440(1955 S.Ct.1127, 22 L.Ed.2d
402. The (6th) and (14th) Amendment U. S.CA A person Accused of a crime
requires the guiding hand of Counsel at every stage of prosecution
against him "Citing" Hamilton V. Alabama, 368 U.S. 52[82 S.Ct 157,
7 L. Ed. 2d 114] Confrontation by cross examination of State witness
with No Attorney at a photo line up had to confinement til grand
Jury Indictment. Illegal Restraint, False Imprisonment, it's being
illegal and violation of Constitutional Right As In Vaughan V Estelle
of Kidnapping by law without Authority. As Jn Vaughan U Estelle
67.1 F. 2d 152 (5th Cir. 1982) petitioner was Ignorant of the legal
significance of an issue about which he had Factual knowledge Lacked a
of Transcript. That is why I need any Transcript. Also Need a
Curcio Hearing Conflict of Interest of Counsel United States v.
Curcio 680 F.2d 881(CA2 1982). for want of prosecution.
Self serving Declaration Inadmissible Fed. Evid. R. 803 District
Court erred by Admitting the illegal gun off another person Case
Into Evidence. Mapp V. Ohio, 367 U.S. 643,81 S.Ct 1684,16 L. Ed.
2d 1081 illegal obtained evidence is not Admissible in a state trial
There was only theory And No real evidence all that was Alleged
or Indictment. Had No Authority to Delegate all Cases was Stated. No Grand
Sury. It was Like A Kidnapping for Ransom. If I pay the 1,500,000
was Not with certainty. No prima Facie Case was Stated. No Grand
I go Home. It's a gamble Monoply with 4 life. Unlawfully confine
another for substantial period in a place of isolation with the
purpose of, hold for ransom or reward, or as a shield or hostage
Commission of any felony or flight there after. Inflict bodily
injury on or to terrorize the victim or another. To Interfere with
the performance of any governmental or political function. So Mr.
was Aggravated kidnapped by the Court of law, Under Lache Estoppel
of the Grand Jury Indictment. And been Struck her For 6 years
going on 7 and still Not convicted. On post-incarceration and
Post Conviction release me already you wrong The Arbitrary
Government. I seek to disavow my domicile as I had Already did
When I move to a Foreign State of Atlanta with my wife. I claim
exemption by reason of Islam as I self a law and Master.
Allah is my Sovereignty No One Above me but Allah God. And
I s justified by the Federal Authority And Constitutional of
Sovereign Citizen Under Federal Government Guideline-
(C) Act 2214/28 U.S.C §1332 The Clearfield Doctrine

~~I should be~~ ~~Just~~ ~~wrong~~ ~~Best not Improper things Charges~~ was Never brought to the Grand Jury for power of Authority to be Given. Color of Law Color of Authority Color of office obstructing justice, Miscarriage of Justice, white collar crime, Embezzlement, Grand Larceny False pretense, Forgery, perjury Antitrust wanton and ~~Ree~~ Reckless misconduct Nicolau violation. Holding exculpatory evidence that in the hand of the Government Costello V.S. United State Did not follow the Fundamental Fairness or proper litigation. William US United State Is ground for Dismissal for violation of a trial on to pof men Buse of Office. violation of Sherman Act Clayton. Antitrust

Mr. Edwards 20/Speedy trial and prompt disposition. Constitution Rights were violated By Disloyal Counsel getting A extension of the 2 told him not to. Under False pretense he gotten a extension Been was suppose to be home. That why prosecutor said he would have did any thing In his power to have witness testify so He would act lose his interest in the bond that he gamble to take my life, Liberty equality by Embezzlement For unjust enrichment. According to the Remedy for violation of Speedy trial. United State V. Strunk, If A convicted defendant can establish a violation of the Constitutional Right to a Speedy trial. The court must Set a side the conviction vacate the Sentence and Dismiss the Charging Document (United State V. Villarreal 613 F. 3d 1344 (11th cir 2010) In light of the policies which underlie the Right to a Speedy Trial Dismissal must remain the only possible Remedy.

It is well establish that evidence of a state witness potential Bias also lack of credibility arising from his or her prior conviction State V. Quinn, 2022-0689, pp. 13-14 (LA App. 4 cir 8/21/13), 123 So.3d 820 325, 2013-2193 (LA 3/14/14), 134 So.3d 1195.

The the witness testimony Is Elicited Fabrication coercive inconsistent statement. Hearsay Is Not Evidence there was No Evidence or Element to start with In the malicious prosecution All these statement was Done for leniency From there criminal Background I'm known As A hard working Chef. Father Husband of two Beautiful Kids. I'm Innocent ~~$7,71~~ Need My Record of All Document In the case 535-495

Not following the proper and established form pleading, is insufficient
substituted his own words. Abuse of pleading. Need to obtain
a ruling by the Court upon facts stated in declaration. Counsel
should have filed a Demurrer. Inconsistent statements May
substantive evidence only. Never cross examine their witness on til
Trial abuse of process. Also no element of the Crime And Wrong
Vague Constitutional statue.

## Counsel IAC

Counsel was Ineffective by Not following A.B.A standard and
Basic principle. - Powell V. Alabama by Not Filing proper motions
and failure to object to Indictment of Bill of Information. Failure
to investigate, Not prepare for trial. Didn't Suppress, Statement are
evidence. Minimal Effort. Didn't research our consultation with
expert, Didn't retain service of Ballistic expert, w voiry legal advice
Not to take the stand waive my presentt ithout any Consent.
Fail to let me see a law Book. Failed to Advise of the
Rudimentary Understanding of the law. Smith v. Dretke, 417 F.3d
438 (CA5 2005) Fail to bring witness, he excluded them. Fail
to go to the crime scene. Partial investigation. Counsel fail to
Apprise Mr. Edwards of the essential element of offense, Fail
to ask the question I laid out for voir Dire. Fail to asic they
the jury see Defendant on the News As one of the jurors said it
Not give he a fair trial. The juror was asic about Fact & experience
That the prosecutor Ask to lead to racial Bias. Prosecutor demeanor
belies Ignorance of the law. Jury Tampering by the Prosecutor.
Counsel Fail to object to hearsay Evidence. Abuse on discretion
On erroneous view of the law. Fail to challenge Sentence. Counsel
divulge all kind of attorney client privilege, extension of 70/
release was As Disloyal as tye Disloyalty. see Cv.v. (to..., 380
P. 3d 146 (3d Civ 2004) refusal to Adjudication the merit plainly
The inability to investigate and develope claim Due to Imprison
United State v. Mala 7 F.3d 1058 (1st end 993)

Due to prosecutor Trespasson Casey, Abandon the Case in three
Breach of Contract this Case IS part of Conflation 535495
USC 28 §1983, Thompson V. Clarke, 142 S. Ct 1332 (2022)
Removal of Affirmative Indization of Innocence. 4th Amendment
malicious prosecution unreasonable seizure illegal restraint.
Brady v. Maryland, 373 US, 83 (963) Due Process Clause

Frank Hearing, Tainted Fruit Hearing 4th Amendment Clause
5th & 6th Clause Hearing, Reference Hearing, WADE Hearing,
Curcio Hearing, Aguilar-Spinelli Test, Rational Basis Test
Ballastic Test Constitutional Balancing Test. Fpso Facto
Clause Test. Need proof of certification of jurisdiction

### LSA Const Art 1 §19

Need A complete Judicial Review of Record. Of Complete
Record, Discovery, Transcript, Docket Master, Grand Jury Inditment
etc.

### Claims For Relief Contlation

Ground For Relief (1) Conviction obtained Under Vague Unconstitut-
ronal Statue.
(2) Unconstitutional Pretrial Photographic Identification
(3) Denial of Access to trial Records, D.A File & Discovery.
(4) Trial Charge to Jury Not base on Inditment ie Containing
Various Theories for Conviction not Contained In Inditment,
No Eyewitness, No weapon Are Elements
(5) Illegal restraint No Warrant No Probable Cause No Element.
(6) Prejudicial In-Court Identification Improperlly Admitted
into Evidence
(7) Ineffective Counsel In Pretrial, Trial Appellate Appeal.
(8) Ineffective Counsel of the State Appeal Conviction
(9) District Attorney Abused the grand Jury System (including an
allegation of a forged Inditment. WAS Not a original Inditment
lawfully Impaneled by the Grand Jury Manufacture by D.A with
his signature.
(10) violation of Assignee Clause
(11) violation of Supremacy Clause
(12) violation of Due Process Clause

(13) Invalid Indictment including false pretense of element of Crime by Forgery Instrument, Failure to list grand jury witnesses, Failure to Specify all element of the crime, NO Signature of the Foreman of the Grand Jury.

(14) In humane Treatment Cruel and Unusual Punishment. Banish, exile to Angola plantation pententiary where Ft 13 As Human Traffic King And Slavery working for 4 cents And The Conviction Still NOT Final Under the Jim Crow Governor of Slave-Convict Lease Sold me to Angola to do Hard Labor Slavery.

(15) Violation of Human Right change personal Data Of Nationality to U.S.A. as a Subject of the State of Louisiana when Moors Are Subjected to Federal Constitution Conflict of Law

Plessy v. Fergusion page 4 supra Cannot be Justly regarded as Imposing Any badge of Slavery or Hard Labor or Servitude upon Applicant. The State's Forbidden from making laws or enforcing Any law which Shall Abridge the privilege or Immunities of Citizen of the United States.

Also Change of Venue Due to the Bias of the Judge. Not respecting My Birthright or Nationality. Are the Constitution Are treates of the land © AA 22 141 United State And Morroco Treaty peace of Friendship Beneficairy of the Land Dred Scott v Sandford # 451

Please Send Judicial Reveiw

Record So I Could Show Bill of Exception of Errors. For Appeal And Habeas Corpus § 2256 GSA Const Art § 19.

Clerk, Appearance Docket (Judgment Roll) Charging Document (verbatim Transcript Jury Instruction
Police Reports. Guilty plea conviction, D.A, Prosecutor. From

1) Identification - eyewitness - photo Line up was suggestive, Identification is elicited
by two hearsay witness with No first hand Knowledge of Facts. The zealous
witness Tainted Photo Array Suggestive violated. The Due Process. No Counselor
was there to witness. Tegoseak V. State, 221 P.3 d 345 (Alaska App. 2009)
                5th th tenth amendment
2) Indictment + Information. Convicting a person of a crime without proving
the elements of Crime beyond reasonable doubt illegal seizure of Evidence
Intrinsic Fraud, Unconstitutional Unlawful Arrest and conviction
Bunkley v. Florida, 538 U.S. 835, 155 L.Ed.2d 1046, 123 S.Ct. 2020 (2003)

3) Right to Effective Counsel. Due Mr. Edwards being Incompetent to law at
First. The Indictment was out of Bad Faith No Grand Jury Indictment
Forgery And false pretense of Indictment of Grand Jury. Unfamiliar
with the Rules of Evidence. they all was tainted fabricated coerced
Inconsistent Statement And fruit of A poisonous tree Inadmissible
Evidence. Vague Statue, incompetent evidence, evidence irrelevant to
the issue, framed, falsified, malfeasance, misconduct, malicious
Prosecution out of Bad Faith, Bribery. Now that I know the Law
I see they all had Conflict of interest, for the reward of my Life
Conviction For Unjust enrichment, by embezzlement, Fraud, And
False pretense. That's why I needed A professional ethical conduct
of A Counsel to help But I have gotten the opposite. Powell V.
Ala Bama, 287 U.S. 45, 77 L.Ed 158, 53 S. Ct 55 (1932) Needed Counsel
at every step. Indictment, photo, Arraignment that I didn't get
Are the Grand jury Indictment I didn't get. The Bill of Rights is
the Fundamental and essential to a fair trial.

4) Open And complete communication. Mr. Edwards Counsel did not
communicate Are set up my A Strategic Defense. the One I presented
to him to do. didn't Suppress No evidence, challenge the jurisdiction
Are challenge the Indictment on the motion to Squash. Lakin V
Stine, 44 F. Supp. 2d 897 (E.D. Mich. 1999) only Differences my Counsel
refuse to come see me. Are file speedy trial. Also file a Continuance to
on speedy trial. Disloyalty to Client Liberty Freedom And Justice.
(Constitutional error requiring Reversal) 5th + 6th violation

5. No Counselor - After Trial and Before Direct Appeal. Effective Assistance
At all critical Stages. There was No Arraignment. Counsel waive
my Statutory Sentencing. In the Unreasonable delay's Mr. Edwards
has been Prejudice through the whole process. From Falsifying
personal data. Forgery Indictment Abuse of process, Inconsistent
Statements, photo Array. Illegal seize Evidence fruit of A poisonous
Tree. At A lot of critical Stage Counsel was not there to help.

(6) Structure error. The defect in the Constitution of the trial mechanism. The Structural collapse so severe illegal seize guns was allowed in trial at the last moment, motions Denied by Judge, Bias, and A partial trial. Not proper Admitted Evidence Ove Res gestae. Riley v. Deeds 56 F.3d 1117 (CA 9 1995) Also The Government is Suppose to be of Republican Government. In the Critical stage Stand in Counsel opening and Unfamiliarity with the Issue of the Case and his lack of preparation. United States v. Morris, 470 F.3d 596, 601-02 (6th Cir. 2006) No Grand Jury indictment, Denial of Self-representation Due to Multiple Attorneys, Judge was suppose to limit to one to try the Case. Lainfiesta v. Artuz, 253 F.3d 151 (CA 2001).

7) Self-Representation-pro-se. On my Direct Appeal I filed my own Brief And Supplement that the 4th Circuit Did Not Answer As A Right to represent myself. Faretta v. California, 422 U.S. 808, 45 L.Ed 2d 562, 95 S.Ct. 2525 (1975). Mr. Christopher Aberle got on my Case without my Consent. Over ridded my work by false pretense. And Filed whatever he wanted. Refuse to give me my Transcripts. Took my Case. As he me Forge My Name on Documents As, if I Agree to what he did. I don't even know him. He was, ineffective, n Assistance I filed my own Brief And Supplement. Pro Se And the Court Abuse their discretion to Acknowledge my Pro Se work which is the life blood of the law. Illinois v. Allen, 397 U.S. 337, 350-351, 90 S.Ct 1057, 1064, 25 L.Ed 2d 353.

8) Stand by Counsel, Aid to pro Se Defense. McKaskle v. Wiggins, 465 U.S. 172, 79 L.Ed. 2d 133, 104 S.Ct. 944 (1984)

9) Indigent Right to Investigative Service. Need for testing of the weapons, Impeaching the Hearsay witness, challenge Indictment challenge jurisdiction. questioning Counselors. Smith v. Enomoto, Lets P. 2d 1251 (CCA 9 1980)

Ineffective Assistance. Performance was deficient, not informed legal choices, Not Suppression tainted Evidence, No professional decision by Counsel, Not searching mitigating Evidence through Adversial System to produce just results. Counsel continuance in 70/ extension after I told him Not to had a Conflict of interest helping the D.A Napoli that error was so serious deprive his client out of get out of jail free bond. he wasn't functioning as A Counsel. Disloyal to Client, No Strategic Defense, No Communication with Client. Not objecting At trial prejudice by the exculpatory Evidence

revealed a reasonable probability that Counsel failed. After Defendant told him Not to. Breach of loyalty of contract affected and influence the outcome undermines the reliability of the result of the proceeding United States v. Agurs, 427 U.S., at 104,112-113 96 S.Ct., at 2397 2401-2401, Impugning his Profession, In his Unprofessional errors. Unnecessary delay and set backs. Fell below an objective standard of competence, deficient performance, Unsadvice not to take the Stand. Not to have a judge trial. Didn't Draw the attention of the jury about elicited theory of Conspiracy of 2nd degree Murder. are the tainted Illegal seizure of Guns, Suggestive photo Array. Hearsay Is no evidence And that they should be unaware of the theory of Ind.ctment And Flagrant, inflammatory remarks to Convict A innocent man. Nor did he let the jury know About the Jury Nullification.

10) Right to Counsel at the Start. The Confrontation, Identification Preliminary hearing. The Start of the Adversary Process. Judge did not let the witnesses get cross examinated during hearing in the Improper malicious prosecution that just establish probable Cause. So the Warrant Was invalid. Had no element of the Crime. But Another stolen Gun. As the Intrinsic Fraud was the foundation to Defraud it was erroneous. that was the Abuse of process. No prima facie of the Case. Coleman v. Alabama, 399 U.S. 1 26 L.Ed 2d 387, 90 S.Ct. 1999 (1970) [Conviction vacated]

11) Initial Criminal proceeding Right to Counsel. whether by Way of formal Charge, preliminary hearing, indictment, information, or arraignment. Kirby v. Illinois, 406 U.S. 68 4, 92 S.Ct 1877 (1972) post-indictment Police interrogation the Right to Counsel initiation of judicial criminal proceeding is the Start of the whole system of Adversary criminal Justice Marks the Commencement of the Criminal prosecution. So Due to the Malicious prosecution the Misconduct of officer And Detective and prosecutor. Color of Law violation Constitution violation. Also the Judge Abuse of discretion. Also Intrinsic Fraud Evidence Forgery false pretense of Documentation by

12) Unlawful when Police Promise Leniency For Confession. Moore v. Czerniak, 534 F. 3d 1128 (CA9 2008). Due to the zealous witness of extreme Criminal background. Coerce fabricated testimony to Frame the Defendant. D. A Napoli offer Immunity for Confessing 's Invalid. Due to Counse IAC to suppress prejudice the whole case

Every opportunity it was tainted. Counsel was Never there
to Confirm the properness of the process. The Misconduct
of Officer And Detective And D.A Abuse of process. Unconstitution
violation. Falsifying personal data. violation of Birthright,
Human Right, political, privacy, Natural Right of Mr. Edwards
by Forgery False pretense. Also violated the law of Nations,
and treaties the Supreme law of the land. Also My Miranda
Right was Never told to me And NO One Can Confirm that
I was given my Miranda Right. For It Never Happen.

13) Defense Team's Failure to Suppress Confession Held IAC.
Tice U. Johnson 647 F.3d 87 (CA4 2011).

14) Identification, Line-up Right to Counsel. The post-Indictment
line up was A critical stage, which was entitle for Counsel to be.
the Detective kent Misconduct, was A grave potential for prejudice.
U.S. V. Wade, 388 U.S. 218, 18 L.Ed 2d 1149, 87 S.Ct. 1926 (1967)
Failed to Investigate witness line up the suggestive Imperative
line up was tainted by misidentification. No One Said that they Saw
Mr. Edwards Do Anything. Hearsay is Not Evidence Art 802, 602.
There Action was Substantial and injurious effect, also influence
in the Determining the Jury verdict. Reliability is the Linchpin
In Admissibility of I.D Testimony. U. SV. Emmanuele, 51 F.3d
1123 (CA3 1995) see Brathwaite, 432 U.S. at 106, 114, 97 S.Ct. at 2248,
2253. In U.S. v. Smith, 156 F.3d 1046 (CA10 1998). In photo Array
the violated Due Process was a unreliable pretrial Identifications
The photo Array of Mr. Edwards is challenged Under the Due
Process Clause. they was impermissibly suggestive Due to NO
Eyewitness, Counsel refuse to the Out of Court Identification
procedure. This was the pivotal evidence of the Case. Cosse U.
Miller, 229 F.3d 649 (CA7 2000). In this Case of Unconstitution
Arrest has come by exploitation of the violation of Mr. Edwards
4th Amendment Right. There was NO Eyewitness In the Case
of Mr. Edwards Conspiracy of 2nd Degree Murder As Stated
So the reliability of the incourt Identification render inadmissib
as well. (citing Patrick M. Wall, Eye witness Identification in
Criminal Cases 40-64 (1965) Suggestive Identification
procedure Taint ID Writ Granted. Young U. Conway, 698 F.3d
69 (CA10 2012) The State burden of Proving, by clear and convincing
Evidence. Based upon observation of the suspect other then the
tainted line up identification was Suggestive the Same as

To the Continued from last Amendment Challenge. Under Authority of Stone v. Powell. Mr Edwards Counsel made No effort to Suppress the evidence, that made him ineffective Assistance, Also the State did not provide A full and fair hearing of the 4th Amendment Claim.

## 4th Amendment

15) Veracity Challenges to Affidavit of Warrant. Mr Edwards Need ex parte issuance of a Search Warrant to challenge the truthfulness of factual statement. The prosecutor has Used A conspiracy theory Allegation that did not consist of the facts of the Allegation. Violation of the Warrant Clause. They had No element of the crime Are Prima Facie of the Case. All Evidence was In the form of tainted, Hearsay testimony And Fruits of A poisonous tree. There was No factual Evidence, No real Evidence All was Intrinsic Fraud. This Mandate A Evidentiary Hearing. There was a conspiracy of deliberate falsehood, And reckless regards for the truth. There was publicity to the Prosecutor Using the News Media to Act as the Judge And Jury to paint A picture that prejudice, And violated All Mr. Edwards Rights. As to the Innocent until proven guilty. ensuing Arrest is still a violation of the fourth Amendment without the elements, evidence, Are prima facie of The Case that consist of A Vague Statue. The Culpability of the police and the potential of exclusion to deter wrongful police, prosecutor, Detective Misconduct And Abuse of process. Due to the 4th Amend violation ask for retrial Suppression motion, Also the Judge denied my motion to Limine. The State must Apply Federal Constitutional law. Under the Constitution and procedural law. There was No probable Cause are the element of the crime to establish prima facie case. The prosecutor malicious prosecuted that put a restraint on my liberty for 6 years And still being Deprive of my Constitutional and Human Right. Been Denied a full And fair litigation. Still being Denied A Record of review of All the recording, Records And transcripts. No full Good fair Opportunity. No Eyewitness, No Gun. "Unfair Trial."
Brock U. S., 573 F.3d 497 (CA7 2009)

16) Suppress Motions, Franks Hearing, And Warrant. Delay in Filing A motion to Suppress; Also The illegal Seize weapon was taken from Another Case. After IAC Filed A extension After I told him Not two. After Aug 26 2019 that's when there a Harassed Obstructing Justice Also Miscarriage of Justice Came. The probable cause to Arrest was lacking. Also when I was Arrested that When they found probable cause, without the element are the Cross examination of the Statement that was Hearsay, And The element and Gun was lacking. Goodwin V. Balkcom 684 F.2d 794

... Drugs obtained as a result for the illegal seizure.
Mr. Edwards stayed in Atlanta with his wife before he turn his self in Due to the News Stating Arm And Dangerous, There was nothing that I could prove Mr. Edwards had weapon Are Sold drugs. He is A working Man. His work history will prove that. Those gun s. Mr. Edwards Never owned Agun. The Misidentification. And Assumption of MV. Edwards. Was Hearsay Allegation. And Conspiracy Theory to frame Mr. Edwards NO One Could say they saw me Assault are hurt No one. The warrant was recklessly False warrant affidavit in violation of the 4th Amendment. Franks V. Delaware 438 U.S. 154, 98 S. Ct. 2674 57 L. Ed. 2d 667 (1978). False evidence false statement that was both material to the finding of probable Cause. The Intrinsic Fraud, False Pretense, Forgery of Grand Jury Indictment. Intentional Tort, Constitutional tort reckless and wanton disregard for the truth. Ex post facto of law by malicious prosecution. Abuse of process. Obstructing Justice by bribery. Profession prosecutor persecutor by white COLLAR Crime. There is reasonable probability to doubt the Accuracy of the information he reported. Wilson v. Russo, 212 F. 3d 781, 788 (3rd Civ. 2000). Counsel didn't consult to Mr. Edwards, Are supply with A law book when Mr. Edwards ask. Didn't Suppress nothing In the Adversary testing of the prosecutor. He had Conflict of Interest Also Embezzlement For Unjust enrichment. Counsel failed to investigate mitigating Evidence, Are where did those two guns come From the First was A 4.5 from learner report. Then the other from A suspect Norbert Housey. who could have been the murderer for he stated that was his gun in the report, but still they Framed Mr. Edwards. By mere word of like No real Evidence that is Not the Rudimentary of the law Nor is Anonymous Tip, Not Enough to Arrest. There was multiple stip + motives

### Indictment & Information

17 In 1166 Clarendon is the Founder and the incorporated in the Constitution. The basic purpose the Grand Jury is to provide a fair method for instituting criminal Proceeding Against person believed to have commited A Crimes. Costello U. United States, 350 U.S. 359, 362, 76 S. Ct. 406, 408, 100 L. Ed 397. Conviction reverse must have the elements of the offense charged, fairly inform defendant of the charge against he must defend, enable him to plead Acquittal to bar of Future prosecution for the same charge. Hagner V. United States, 285 U.S. 427, 52 S. Ct. 417, 76 L. Ed. 861 (1932) The Indictment set forth Statue itself. words of themselve fully, directly, and expressly, No uncertainty or Ambiguity. All elements that Constitue the offense and Punishment. United States v. Carll, 105 U.S. 611, 612, 26 L. Ed. 1135 (1882) must have Statement of Facts. Mr. Edwards Counsel deficient performance in failing to move to dismiss the #2 2nd degree murders and obstruction of justice introduced in the Complaint, omitted from the original bill of information And Never was Indictment by Grand jury. The complaint violated

Advize, failed to suppress Illegal seize gun, Impeaching testimony. Both Edwards
Counsel and Appellate Counsel. No time spent consulting my client. Edwards
There was a conflict with Attorney And Client. violated my priviledge of
Communication, didn't want to give me a law book, gotten a extension on my
To I release date made me stay in prison. Conflict of interest. Theoretical
division of loyalties, that Affected his performance. Acted As A District Attorny
when he help the D.A get a Continuance to Keep his client In prison. Also
Inconsistent to the Roles of Counsel, Counsel fight to Free his client. Also
Mr. Edwards Never waive Any Right. If I did where Is my Signature
didn't give my Consent to waive nothing. The Trial Court has failed
to discharge it Constitutional Duty under Holloway where Mr. Edwards
did not receive Adequate Assistance of Counsel. When he gotten a extension
She should have use her discretion. Was deprived of 6th Amendment.
For Conflict of interest is Basis for Automatic Reversal // Alberni V. McDaniel
458 F.3d 860 (CA9 2006) Counsel was dissatisfication, distrust, or concern
The trial court fails to make a sufficient inquiry. when they seen Counsel
Gotten A extension then try to get out of my case. that prejudice the defenda
ant. Holloway V. Arkansas, 435 U.S 475,98 S. C 4 1173 (1978) Mr. Edwards
made false statement to the court for A Extension, he actively represented
Conflicting interests. Undivided loyalties Also Coerced Mr. Edwards not
to testify. also Coerced my Girlfriend not to be A witness to my
Alibi, that was a serious ethical violations. Subject to mal practice.
the Collusion Between Defense Attorney And Prosecutor. United State ExRel.
Duncan V. O'Leary, 806 F. 2d 1307 (CA7 1986).

                    Government Actor & Agency Caused Conflict.
2) Conflict, witness was a out Confidential Informant. Torrie William Commits
perjury And Stated She was not A Informant. Also Inconsistent Statement
for leniency of her charges. Due to the fundamental principle presumed
Innocence and due process til proven Guilty. Orleans Parish Shattering
reputation, Slander Libel and defame my Character. my personal information
invasion of privacy, False light, Falsity Data, Nationality. harrassment
by police, Scrutiny by the justice System, tighter bail restriction, lengthier
Sentencing. Disseminate Sealed Data to third parties, prosecutor, News
media and different officials. No privacy. The System is embedded
In Political, Social, Racial Bias policing Algorithms reflect Racial
Bias in Corrupt Historic Database Partial representation of crimes.
In the community at worst A record containing Falsified crimes,
planted Evidence, And racially Bias Arrest. Due to the Media and
News Acting As the Judge And the jury painting A picture as if
the person is A Killer Are murderer. The media Right Contract
is offensive because it may encourage Counsel to Misuse the

Constitutional Right And Jury Who Even Deciding On specific in its charges and necessary allegation cannot be left to interference. The Information by bill of information was void In Mr. Edwards Case. The information did not read entirely, one with common sense. It had no Factual interpretation of the cause of Action. No facts which are necessarily implied United State V. Givens, 263 P. 2d 214, 278 (9th Civ)95:

18) Appelate Counsel Ineffective For Not Challenging Late Amendment. Counsel Should have Argue About the validity of State effort to Amend the indictment And Add a prime Facie of Case to make materially Stronger the frivolous sufficiency-of-the-evidence. The State had no Factual Allegation of Element of the Crime. Counsel Should have challenge the Indictment or information for the sufficientofclarity or specificity the conduct constituting the offense charge. U.S. V Jenkins, 675 F. Supp 2d 647 (W.D. Va. 2009.

The vague Statue is wrong the Hearsay testimony wrong the illegal seize gun is wrong. Wrong From wrong don't make it Right. For the end of this Abuse of Process, Constitutional Right, human Right is to be Dissmall with prejudice. where guilt crucially depend on specific Identification of Facts, [SCOTUS] indictment do more then repeat the language of criminal Statue. Hamling v. United States, 418 U.S. 87, 118, 94 S.Ct. 1038, 8 L.Ed.2d 590 (1974) musthave Statement of Facts. Not No circumstantial Allegation. The Indictment, Information did not speak for itself In MR Edward's Case. The settle rule in the Federal Court that an Indictment may not be amended except by re submission to grand Jury. That was howerver Done In Mr. Edwards Case. it Fails to contain sufficiently specific allegation, it is invalid, and the court must dismiss it. Russell, 369 U.S. at 770, 82 S. Ct. 1038 [count 3 dismissed.] No where is the public claim to each person's evidence stronger than in the context of a valid Grand Jury. Subpoena In re Sealed case, 676 F.2d 793, 806 (D.C. Civ. 1982) Only a very limited number of recognize priviledge – protected by the Constitutional Common-law, Moorish Zodiac Constitution, Law of Nature Also Morrocco And United State treaties. That is not being respected In New Orleans LA of Siana. In re Grand Jury proceeding, 616 F.3d 1172 (CA 10 2010). Indictment by grand Jury has long been regarded as the "Epitome" Due process of Law see. e.g Hurtado v. people of California, 110. U.S 516, 522-23, 4 S. Ct. 111, 28 L.Ed 232 (1884) harkening back to blackstone, Coke, And Magna Carta, Zodiac Constitution holding that No One shall be charged on Frame up charges of all evidence any state Concret. upon Indictment or present of good and law to levey. That is the gold Standard of due Process Against which all other procedures are to be compared.

19) Counsel Failure to Consult with Mr. Edwards, Breakdown in Attorney, Communication Breakdown. has had irreconciliable conflict with his Counsel, wrong

Judicial prejudice for this abusing trial, there trial of Publicity seeking. In the eyes of the people I was marked as a killer all over the News and T.V. That prejudice. They still have people say I saw you on Toya Wright Show. Beets V. Scott 65 F.3d 1258 (CA5 1995) Due to Public Defender Prosecutor, Judge working for the State. It is common sense they all work together for the State of Louisiana, So they all in the Conflict for Interest. Judicial Bias letting District Attorney Do whatever they liked in the Court. Didn't use their Conscience, Moral, or Ethic to Right And Wrong. Let him the DA get Another gun out Another Case. Was wanton and reckless misconduct Franklin V. McCaughtry, 398 F.3d 955 (CA7 2005). The circumstantial Evidence to prove the necessary Bias. As the judge seemed Biased By Action of Attorney doing whatever he liked in Court. Also she looked at me with a mug seemed a little hostile to me In judging none of my motion was excepted. Not release on my 701 Not respecting The Constitution And Treaties of the land. The Judge Improperly favor the prosecutor. Wallace V. Bell, 387 F. Supp. 3d 728 (E.D. Mich. 2005)

21) The Counsel was inept, Constructive Denial. In the guiding hand of Counsel, Fail entirely to Subject the prosecution's Case to meaningful adversial testing. The Attorney-client relationship was dysfunctional when he gotten A Extension on my 701 Impugning his profession he tell below the A.B.A guide line as A Counsel or Advocate. Counsel was Incompetant, he try to recuse himself Also I wanted him off my Case the Judge made him Stay. Hobson's Choice. Then he did not object so Ithink out. She forced the Counsel to Stay on my Case. as Pazden V. Maurer, 424 F.3d 303 (CA3 2005) Also the Judge And Counsel waived my 24 hour Statutory Sentencing Delay. Denied Mr. Edwards post-trial motion. Denied Motion to Squash, Denied motion to Limine Denied new trial. As the Court was ending I was Asking the Clerk About my Appeal as my Counsel Also I ask for my Discovery that he refuse to give me. I Ask for my D.A File they All refuse me. of Record of Review

22) Force to wear Shackles violated Due Process. The Fifth and Fourteenth Amendment prohibit the use of physical restraint. Shackle inherently is prejudicial. U.S. V. Banegas, 600 F.3d 342 (CA5 2010) [Remand for a new trial] Shackling error Contribute to the verdict. Also News T.I. And Tiny Show. people Said they saw Mr. Edwards on the News publicity.

23) Grand Jury Hearing Not transcibed. Now as to the grand Jury Indictment there was None. Art 38 § 13 invalid and void Counsel failed to obtain a transcript of the testimony before the grand Jury. There was only A preliminary and No Grand Jury Indictment or presentment. In the hearing 10 witness was there Neither did they have the evidence but they found probable Cause through the Intrinsic Fraud of forgery

Instrument and False pretense In the Malicious Abuse of process and malicious prosecution with Reckless and wanton Misconduct. The inefficient pretrial investigation and Inadequate Consultation. Need A record of the Grand Jury Indictment For this Case 535-495 is invalid, void repeale Nugatory Unconstitutional, unlawful illegal as In the Form of Human Trafficking, kidnapping by No Authority are power of Delegation of this Case did Not Consent are did this court have jurisdiction. Due to the forgery of personal Data Falsifying Document. Due to Counsel filing No pretrial Motions on defensive issues. See [Clark v. Blackburn, 619 F. 2d 431 (CA 5 1980) [Remanded to district Court for an evidentiary hearing] Also Counsel Failing to seek admission of those statement and weapon. Defendant was prejudiced by incompetence of Counsel. Also there was 911 type of Evidence leading to other suspect. Torrie Williamson was Right there he stated In his statement I think they all frame due to a reward And all the witness know each other. The failure of proof of Evidence. The evidence doesn't Conform to the Allegation Neither that the prosecutor had the prima facie Case. tainted Evidence even too, A illegal seize gun off another person. Talk about Conspiracy, Theory And Framing. How do they Judge. Where is the Facts, the proof Concrete evidence. Injustice for justice Prosecutor broke every rule every Procedure of law and institution of Prosecution In the rule and regulation of A.L.I. And A.B.A. I Suffer from P.T.S.D. Due to Black history and Slavery. Then I was sentence to Hard Labor - Involuntary Servitude - Slavery. They All the Same No matter how you Change the word play. That's Not Justice that Unjust enrichment. Illegal White Collar crimes

2) Motion of Limine was Denied. WAS trying to prevent all that Inadmissible evidence Coerce Testimony or inconsistent State That would have resulted In No Witness they All was friends of the family. And wanted leniency from their crimes. also exclude any exculpatory evidence. Like the Gun Prosecutor had since 10-16-16 then he brought it out after the extension Like this is the Gun. Due to the Judge discretion of Denying my motion All that Error came the Framing to Conviction. The motion was to request for guidance by the Court regarding an evidentiary question which the discretion to aid the parties in formulating trial Strategy. United States v. Luce 713 F.3d 1236, 1239 (6th cir 1983)

atted 16-22-c.s. 8-36-(22++)

25 Wrong Motion: Counsel File A motion that I did not consent to with false pretense after I told Him Not to File he was Disloyal and disgrace and deficient performance. Griffin v. U.S., 109 F.3d 1217 (CA 7 1997)

26 Speedy Trail Counsel Has gotten A extension on my 70( Due the Prosecutor was gone have to pay for that ransom 1,500,000 bond for breach of Contract the Conflict of Interest came when He gotten A Continuance And not Under 709 he try beat the Judge let them do whatever they wanted in the Court of law. Suppose to be release on the 26, then She said the 27, then she Ms. Flemming gave them 14 day Continuance. That when the Gun came From Norbert house ycase from 10-16-16 they been had that gun didn't go through the Reg gestae 893 pleading is Damage There was 16 Consistent delays set back. As In Klopfer v. North Carolina, 386 U.S. 213, 87 S.Ct. 988, 18 L.Ed 2d 1 (1967) the Fundamental right of a speedy trial is imposed by the Due Process Clause of the 14th Amendment on the States. Due to the Court inability to provide a prompt trial, that has a large backlog of Case in the Urban courts. The Delays cause irreparable Injuries. And Prejudice the Case the prosecutor was still trying to find Evidence Never had the element in the Malicious Prosecution. Justice was suppose to be swift deliberate. There was No reason to Justify Delay's only to help Prosecutor as it turn out to be, this Case was under extreme prejudice And partial and Bras, Even Counsel helped them to other try to recuse himself. Counsel took so long I had to learn law and File my own. There was oppressive pretrial incarceration, lost family, friend livelihood even my Grass cutting business I had In Atlanta, suffer from anxiety, stress had a lot of fight for me being on the News Family sent hits so people could try to hurt me. Witnesses disappear, move change numbers. The Speedy Trial Act require criminal trial commence within 70 days, of the Indictment. There was no indictment. Just A Forgery Manufacture Grand juror paper Prosecutor Forge with False Pretense. Even the information was A Bill of Information Art 384 invalid And void Due to the 5th Amendment. Henderson v. United States, 476 U.S. 321

90 L.Ed.2d 299, 106 S.Ct. 1871 (1986) Due to the violation of my Speedy Trial Case Should be Vacated And Dismiss with prejun.

27) <u>Indigent Right to Resource</u>. The State was told by the 4th circuit to give ME my Transcripts, I Ask the Counsel give me my Transcript Like No Body want me with my Property of my Record. They thought I was one of those ignorant Fools they Lock up And throw away the key. The Court must provide transcript to an Indigent defendant So He could have Claims to have on Appeal. Griffin v. Illinois, 351 U.S. 12, 76 S.Ct. 585 (1956) It is fundamentally unfair that Defendant does not have access to the raw material integral to building of an effective defense. Defendant is somebody special to. Husband, Father, Brother And Lady Lovers. They need me.

28) <u>Entrapment By estoppel, official Assures Conduct legal</u>. Entrapment. Due to impermissible police conduct, Manufacturing of crime. <u>people</u> <u>v. Barraza, 23 Cal.3d 675, 153 Cal.Rptr. 459, 591 P.2d 947, 956</u> <u>n. 5 (1979)</u> Due to the No witness. they use False Intrinsic Evidence The News As A Jury And Judge while Defendant was innocent until Proven guilty. In the EYES of All I mark As A murderer-Killer by overbearing conduct of Detective And D.A. Badgering, Cajoling Importuning and other Affirmative Act to induce a normally law abiding person to commit A crime. <u>Bradley v. Duncan, 315 F.3d 1091 (CA9</u> <u>2002)</u> Counsel should have more for Entrapment instruction for the Jury could have Knowed that he was entrapped. As the Evidence Show gotten the murder weapon off Another And put on me. entrapment instruction see. <u>people v. Watson, 990 P.2d 1031, 1032</u> <u>(2000)</u> Counsel fail to use the Imperative tainted Misidentification of Non-Eye witness. when there was No Eyewitness to Say are give insight to Actual seeing Any thing. Due to the promise of leniency from their crime they Coerce Fabricated testimony. Prosecutor assures that the Conduct was legal For the judge Refuse to use her discretion, Counsel false to object....... US v. Alcorn, 638 F.3d 819 (CA 8 2011)

29) <u>Some one else Did the crime</u>. Due to crime stopper tip. fruit of poisonous tree suppose to be eye witness, Trunell, Orlando William Statement. They had A hit-Man Contraction there head they was known robbers. Mr. Carl, Some guy Name Poe they say Antoine Brumfield

who stayed around the town (there)... to a guy named R. Robert Housey who they got the gun off And he told them that was his gun. They went to go by weed. Then Someone murder Are kill them. Sound like A Robber when bad. Some try to Rob them Trunell Caught then in his girl friend Car is A mofure I don't know But who ever had the Gun and it match the murder weapon they must be the Shooter. Counsel failure to pursue viable defense, are plausible Defense I heard Anita Smack Carl Cause he didn't Say Nothing.
As I was reading the discovery this Theory And NO Eyewitness it hard to Say. The Theory that Carl did it should have been another Defense. (Henderson V. Sargent 926 F.2d 706 (CA8 1991) Counsel refuse to use the crime stopper tips Are Suggest Someone else did it. Testing the Gun would prove that Mr Edwards IS Innocent. IAC (Jones v. wood 114 F.3d 1002 (CA 9 1997) [Remanded for discovery And Evidentiary Hearing IAC].

30) Corpus Deliciti, No Evidence to Corroborate Allegation.
No Corroborating evidence No Eyewitness It Necessary to prove all element of the crime And Allegation Not theory and illegal seize evidence of unrelated Case. the conformity with the common law rule of Corpus Deliciti United States v. Lopez-Alvarez, 970 F.2d 583, 590 (9th Cir. 1992) the Defendant there entitled to Acquittal as A matter of law]

31) Expost Facto Can Apply to Rule of Evidence
The Ex post facto Clause bars the government from passing law that impose New Punishment or increase punishment for A crime committed before passage of the Law see Weaver V. Graham, 450 U.S. 24, 28, 101 S. Ct. 960 (1981) fair notice of the effect of thire action, Prevent the government from Arbitrarily and vindictively using it's power to convict Individuals. Gentry V. Sinclair, 693 F.3d 867 (CA 9 2012) Every law that alters the legal rules of evidence, and receive lesser different testimony at the commission of the offense in order to convict IS Expost facto of law. The Suspect should have been Charge with Manslaughter But the prosecutor Aggravated the charge to make it harsher on the punishment. Under a vague Statue. They put two guns on defendant. A U.S Intrinsic Fraud, Forgery Instrument to Start the Bill of Information Never had a warrant, they was warrentless When they use their publicity Scheme to Frame Mr. Edwards with NO Eyewitness or element of the

Crime Theory. As long as there is a theory there is probable Cause.
Constitutional violation. Of 1st 4th 5th 6th 8th 9th 10th 13th
14th Amendments Human Rights Also the Supremacy Clause
Due process Clause In Presentment And Indictment. Thats
where The Grand Jury, initative in the exercise of its lawful
Inquistorial power. The Malicious prosecutor had No Right to
Delegation Are Authority. Abuse of process Color of Authority
Obstructing justice, Miscarriage of justice. Mr. Edwards Is
Entitle Privileges and immunities Clause.

32) Due to the Supremacy Clause And the Constitutionality
And the treaties of the Land. In United State and Morocco
Treaty © AA 22 2141 peace and friendship. Under the Moorish
American Under the Zodiac Constitution Moor means black all
that Discrimination And Data Manufacture of a Hiring Personal
Data. My Nationality was Alter to U.S.A that is NOT No Nationality
Also Moors Are governed by the Federal Constitution. Counsel
Fail to Challenge the jurisdiction. That was the Improper
Venue. U.S. V. Root, 585 F.3d 145 (CA3 2009) The Government
bears the burden of proving venue by a ponponderance of the
evidence and venue must be proper for each count of Indictment.
In this Case 535-495 The bill of information is illegal and
void. The record will reflect No Eye witness. No element of the
Crime. The Bill of information is void, repeal Nugatory. Invalid
on the face of the record. The proper Venue in criminal trial.
It's a Constitutionally Guaranteed safeguard. United States V. Baxter,
884 F.2d 734, 736 (3d Cir 1989) U.S Const. Art 11 §2 cl.3.
Rule 18 of the Federal Rules of Criminal Procedure provides.
These Newly legislation Statue is invalid. Congress only have
A right to commerce. So They Made Him an Chattel property
Under the Uniform Commerical Code. Counsel Failed to raise
improper Venue. Cornell V. Kirkpatrick, 665 F.3d 369 (CA2 2011).
Trial court seemed as ignorant of the Fact of the Constitution
and treaties that is the supreme Law of the land. Also Any
thing over 75,000 goes to The Supeme Court for Adjudication
Court of Limited criminal Jurisdiction has No power to try a murder
indictment and its judgment therein would be void of No effect
because it lack subject matter jurisdiction. Jurisdiction Plea
Fed. R. Civ. P. 12(b)(1).(2) Sua Sponte Case Dismissal with Prejudice

The Chain of Custody gives Great Deference.

33) The physical Evidence and element of the crime was by forge Instrument. Wasn't Authenticated before admitted. The malfeasance False pretense. Embezzlement out of personal property of Natural Person under Uniform Commercial Code of Legal person Antoine Edwards. The Authenticity is elemental to relevance, for evidence cannot have a tendency to make the existence of a disputed fact more or less likely if the evidence is not that which its proponent claims. United States v. Branch, 970 F.2d 1368, 1370 (4th Cir. 1992). Fed. R. Civ. Evid. 901(a) evidence sufficient to support a finding that the matter in question is what its proponent claims. Evidence did not go through the chain of custody sufficient to make evidence Admissible. The Evidence of the illegal seize Gun for Another person could never Prove I did something if the guy said that his gun his murder If that was the weapon. Due to prosecutor Intrinsic Fraud Brady violation of exculpatory evidence that he been had. Since 10-16- he could have been in my Discovery Right with the tainted U.S. off kenner theft room. The government must make it pass the trier of fact for the Government claims to be what it is.
U.S v Mejia, 597 F.3d 1329, 1336 (D.C Cir. 2010)

34) Jenkins Doctrine Requires Government to provide All official Reports. Due to the order of the 4th Circuit telling the Orleans Parish District Court to give Defendant Mr. Edwards His Transcripts And other record on ground of privilege, the Court erred In Not complying with the order to produce, D.A files, Discovery, relevant Statement, Transcript, Docketmaster, Grand jury indictment in possession of this case. Due to the criminal action must be dismissed when the Government Don't follow order. That one at A Contempt. violation of Rights. Jenck S v. United States, 353 U.S. 657, 77 S.Ct. 1007 (1937) All the Evidence was impeaching evidence The illegal gun was brought after the conflict of interest of counsel. In the 14 day Continuance D.A Come with Another gun trying to Frame Defendant For He had Breach his contract And would have to pay the Surety bond. Prosecutor Failed to produce Jenck's Material. U.S v. Arboleda, 929 F.2d 858 (CA1 1991), Refuse to show Instrument of Grand jury Transcript. Didn't see the Ballistic off Housey Gun.

35) Ballistic Tests Not review In the Ballistic test of the New obtain illegal evidence the Ballistic said the weapon And Ballistic is similar. Similar Does not mean the same. prosecutor went out his way to frame entrop coerce his Acting As A prosecutor but really was a persecutor wanton reckless Misconduct in obstructing of Justice And Embezzlement for Unjust enrichment. prosecutor produced a illegal gun and the Witness incriminating statement. Counsel didn't object neither. Barbee V. Warden, Maryland penitentiary 331 F. 2d 842 (1964) presenting the gun without Explanation or qualification. Then it's from another Case. The Allegation- In the Abuse of pleading. Counsel should have Fileda Demurrer No exact Fact on which the action Is based. Complaint very Defective Every element of Action must be Alleged in the pleading In the plaintiff Action. Statement of each Element of Action. All codes require the party to state All facts. That Constitute Cause of Action which the law allow. The General rule Fact & Element. The failure to object And Ask for Ballistic test of proof, outweigh all the unfairness of the trials In the State theory (writ Granted see Ramseyer V. Wood, 64 F.3d 1432 (CA9 1995)) lack of objection clearly prejudiced Mr. Edwards raising of the improper admission of the illegal seize gun. It was procedurally defaulted by Counsel failure to Contemporaneously object.

36) Voice I D requires the Same Due process As photo ID.
Due to No Eyewitness, the identification procedure is unduly Suggestive if it gives rise to a very substantial likelihood of irreparable misidentification. US. V Recendiz 557 F. 3d 511 (CA72009) It was A corruptive effect of the Suggestive Identification Mrs. Honday said She heard Defendant Voice

37) Judicial Bias, Conflict with the Court.
The way the Usurper acted in Mr. Flemming's Court was Unreasonably In the Miscarriage of justice. Judge let prosecutor do all type of trick In his Conspiracy Theory. Gave them extra time on my Tol refused a day let him bring A New Gun In. Inflammatory Remarks they had 3 D.A trying to Convict Mr. Edwards. D.A Zachary. Ashley Napoli. Came with there best acting Coercive misguidance improper influence deceiving Atrocity tricks. She assisted helped them In the case Due to me being Incompetent of Law & civil Right. Every procedure was of in the partial And prejudice of a unfair trial. The probability of Unfairness. They did not respect the Constitutionality Are the treaties For I told them I'm A Moor's. She still insisted that She judge the Case For that was A Supreme Violation of the Magna Carta.

The Case Case not have Suppose to be Judge on the Federal Jurisdiction by 6 englishain Cemoors. It was Un Constitutional potential for bias. the Due process violation of Intanous Crime by Grand jury indictment. Art 384 Information was void and invalid. the intolerable risk of bias. see Aetna Life Ins. Co. v. Lavore, 475 U.S. 813, 825, 106 S. Ct. 1580, 89 L. Ed. 2d 823 (1986). The Judge interest poses such a risk of Actual Bias or prejudgments She had mug me. Also those practice must be forbidden if the guarantee of Due process is to be adequately Implemented. "Stringent Rule". Seems A the Judge has A direct personal and substantial pecuniary interest in convicting the defendant. Hurles v. Ryan, 206 F3d 1021 (CA9 2013) Finicial interest also may Mandate recusal, even if less direct Due to how the prosecutor Act they had to be partners And crimes In the bribery. Suppose to be Neutrality in Adjudication Factoflaw.

## 38) Brady violation Due proces

The Suppression of the illegal obtain gun was Never in the Discovery. prosecutor suppose to give and the material exculpatory evidence. Favorable to an accused upon request violated Due process where evidence is material either to quilt or to punishment irrespective of good faith or Bad faith of the prosecution Brady, 273 U.S. at 87, 83 S. Ct. at 1196-97 Due to the prosecutor misconduct that would have insisted to Acquittal for lack of Element of the crime and malicious prosection. Vindictness to persecute. The Repugancy of two material allegation. Restatement of law §1 U. LC. §2-718 Unjust enrichment Doctrine also witness Tampering by intimidating Do not let this killer in You'll Neigh bor Inflictory Fear. Counsel Attorney Acted As A witness committing perjury. with Assurance to Conviction. held a gun from 2014 then bring 24 2019. Entrapment
*Brady v. Maryland Supra.*

## 39) A D V O C A C Y Rule Prosecutor Acted As witnesses

Walker v. Davis, 840 F. 2d 834 (CA 11 1988) Advocate and witness The probability of the prosecutor acting as both misled the Jury. Prosecutor credibility was enhanced by the prestige of his office. D.A Ashley, Zachory & Napoli. the Attorney conduct was So egregious and prejudicial to the fair trail as it has Undermind the confidence of the outcome" Strickland ". Two procedural Due process the prevention of Unjustified or mistaken deprivation and the promotion of Participation and dialogue by Affected individual in the decision making process. The Neutrality help in the guarantee that life, liberty, will not be taken on the basis erroneous Factoflaw.

40 voir Doir    The person violation Equal protection Clause
prosecutor made the juror demeanor a credibly to be a strike
attributed to the juror. The strike has proved by the elicited
question about facts and experience to prove purposeful discrimination
Purkett v. Elem, 514 U.S. 514 U.S. 765, 767-68, 115 S. Ct. 1769
131 L.Ed.2d 834. (1995) race neutral explanation, or purposeful
discrimination, race neutral reason for his strike. Batson v Kentucky
476 U.S. 79, 106 S. Ct. 1712, 90 L.Ed.2d 69 (1986) Prosecutor
Ask question of Discrimination. Can you give a life sentence,
That cause the prosecutor to exercised peremptory Challenge sin
racially discriminatory manner. the strike was for the cause of his
question And the effect to eliminate by Discriminatory of People
facts and experience. The Counsel IAC failure to strike Biased
juror. Also Counsel fail to ask question that I had for voir
Doir Miller v. Webb, 385 F.3d 666 (CA6 2004) Impaneling
a Biased Jury. Need the Jury Man to testify About Bias
mattox v. United States, 146 U.S. 140, 13 S.Ct 50, 36 L.Ed 917
(1892) Counsel Failed to strike pro-prosecutor jurors.
Indifferent juror. Also Prosecutor Strike a couple of African
American prospective Juror. The prosecutor use of peremptory
challenges was unreasonable under prevailing Standard. Government
of Virgin Island v. Forte, 865 F.2d 59 (CA3 1989) Also using his
peremptory challenges he is required to furnish a reason for subsequent
Challenges. Fed.R.Crim.P. 24. 28 U.S.C.A § 1870

4) Violation of Confrontation Clause IAC

The Statement of Journe Maquina Statement was introduced
In the case who recanted her statement Said that She made
it All up. Who Is Mashonda Girlfriend who was At the Hotel
with her girlfriend Maquina And Mashonda Is Bisexual
lover. who made up the story for leniency of her criminal Charge.
Due to Not being Able to cross examine her And her statement
was elicited in trial. violated the right to face to face confrontation
with his Accuser Also her made Bradley who give a statement
with his girlfriend Torrie William. Torrie And Bradley was looking
for help with Bills Due to low Poverty. No Jobs Also girlfriend
Is a Informant. Wasn't Able to confront the elicited

Opening Argument Counsel did not object to inflammatory Statement
the 3 witness will prove. Also use witness Statement who recanted
her Statement Journee. Prosecutor elicited Perjury in an gay
inconsistent Statement of theory there was No eyewitness. Also
violated the confrontation clause. There was different version
of the incident on theory not first hand Knowledge. All in
the form on Coercive testimony And Inconsistent Fabricate Statement.
The prosecutor failed to produce the witness for Confrontation.
Judge Failed to Declare a Mistrial. The Counsel fail to object to
Prejudicial comments made by the prosecutor in Opening Statement.
Sechan v. State of Iowa, 37 F.3d 388 (CA8 1994) also prosecutor
made inflammatory remarks At the End of Closing Argument Consisted
of prosecutorial Misconduct. violation of Due Process. Also let Amend
These were patently inflammatory statements. Had a Right to cross
examine And Confront witnesses. Hamilton v. Morgan, 474 F.3d
854 (CA6 2007) 6th Amendment right to face to face Confrontation
Clause admission of testimonial Statement who did not testify was elicited
the admission violated the Confrontation Clause. see United State v
Mayberry, 540 P.3d 506, 518 (6th Cir 2008) the use of informers,
accessories, accomplices, False friends, family any other betrayal which
are "dirty business" raise serious question of credibility. Need a probe
credibility that should have been issue and submitted for careful
jury instruction. Confidential informant. On Lee v. United State, 343 U.S
747, 96 L.Ed 1270, 72 S.Ct. 967 (1952) veracity challenge CI
material under Brady. Cause Torrie William is The State Star witness and
only her testimony and Mishonda corrobate Fabricate Coercive testimony
for leniency of there crimes. Robinson v. Mills, 592 F.3d 730 (CA6 2010)
Counsel was unprepare for the whole Case. There was no direct or
circumstantial evidence corroborating the charge of the Vagueness
Doctrine. And Vague Statute. By Aggravating crime For A Harsher Sentence.
prosecutor use All types of Trick the was Acting Like he was
in A movie trying to frame and paint A picture. And the Judge
just let him Do it freely. She did not use her discretion at all
only time when she helped the Attorney On my 10.1 release
gave him A 6x tra day. Juan toll Counsel Didn't Follow 10.9 for
Continuance. Counsel didn't Say Nothing About the Statue
Limitation. Are the Indictment. Neither did the Judge. but
him Briony illegal Seize weapon, with A Ballistic Expert who
Denied the Content As being the gun It was Similar as the
expert said. Judge refuse to give proper jury instruction
Upon hearing the Case. Making Sure It was A Fair trial. Don't
was A True Unfair on side partial Trial, they Broke All the
rules- Like I'm one who don't love his life And kids. Gotta
Get Back to them baby's. I'm a Great Father, Husband and more

4 prosecutor misconduct

Due to the malicrousprosecution violation of Constitutional Right
Civil Right Human Right. As In the improper methods calculated to
Produce a wrongful conviction by Intrinsic Fraud illegal seizure
evidence color of Law Color of Authority Malfeasance in violation
of the trust of Constitutional Duty. Mis represents physical evidence
Berger v. United States, 295 U.S. 78, 88, 79 L.Ed 1314,55 S.Ct 629
(1935) There was No eyewitness ane element enough for a prime
Facie Case to WArrant A Arrest warrant No Gran jury Indictment
imperative suggestive of tainted photo Array. When the Expert
I think ms. Samatha tested the Gun said that the Gun was
Similar to the murder weapon. 14th Amendment cannot tolerate
a criminal conviction obtained by false evidence. Mooney v.
Holohan, 294 U.S. 103, 55 S.Ct 340, 79 L.Ed 791 also Miller v.
Pate, 386 U.S. 2, 17 L.Ed 2d 690; 87 S.Ct 785 (1967)
Prosecutor Jason Nepol Intrusion In Client Attorney relationship. By
making A conflict of interest of Juan Foil to get A extension of
101 speedy trial release So that prosecutor does not lose
his bond money of ransom In Breach of Contract. Then come
with a tainted gun for the element to paint a picture as to the
Crime and the weapon been suppose to have the weapon and
the element of the crime for the grand jury Indictment or
Presentment Case been suppose to be squash By Abuse of
Process Constitutional Un law ful Arrest. And malicious prosecution
That was more then enough of prejudice. Told the jury don't
let this Killer back in Yall Neighbor inflicting fear by influence
of inflammatory remarks. Coerce witness to make A bad
Characteristz. Misrepresenting facts in evidence and disparagement
remarks can amount to Substantial errors I have profoundly impress
the jury and impact the Conscience of the jury that effected the
Verdict in there deliberation Donnelly v. DeChristoforo 416 U.S 637
646, 94 S.Ct. 1868, 40 L.Ed 2d 431 (1974) mislead a jury in a
Prejudicial way Id Berger. Prosecutor Intimidated witness Earp
v. Ornoski, 431 F.3d 1158 (CA9 2005) Mistrial Based on prosecutor
mis Conduct. Infringement 6th Amendment right to Confront the
witnesses against Mr. Edwards seeking immunity of All charges.
U.S. V Sterba, 22 F.Supp.2d 1333 (M.D. Fla 1998) Double Jeopardy.
The Inflammatory Statement During Closing designed to Appeal emotions of
the jury. Prosecutor's vouching of the witnesses, Prosecutor's wrongfully
put personal reputation behind the testimony of its witness U.S U. Bass,
712 F.Supp.2d 931 (D.Neb. 2010). persons Assurance of Conviction
Also he is the Attorney-Prosecutor.

The Instruction that was given to the Jury was improper Jury Instruction. Misdescribe Essential Element. The obligation to prove Facts Constituting every element of the offense beyond reasonable Doubt There by violating the Due process of Law. Smith v. Horn, 120 F.3d 400 (CA3 1997) Once the state has defined the elements of an offense, the Federal Constitution Imposes Constraints upon the State Authority to convict a person of that offense. Due Process Clause 14th Amdt protect the Accused from Abritary Government conviction. In re Winship, 397 U.S. 358, 364, 90 S.Ct. 1068, 1073, 25 L.Ed.2d 368 (1970) The Jury instruction Omit, Entrapment Instruction, Self Dentense, Jury nullification. Jury has the power to refuse to convict even if the Fact + law indicated guilt. State v. Polouizzi, 687 F.Supp.2d 133 (2010) 6th Amdt History Context. McKee v. U.S. 167 F.3d 103 (CCA 2 199) the trial court didn't give Jury Instruction to Jury for government burden of proof and the Jury obligation to Acquit. For It was A hung Jury. They Couldn't make a decision left deliberation came back to see the evidence. For the government failed to meet it burden. So there fore I'm challenging Jury Instruction containing Error that was prejudicial and the Jury had No knowledge of Entrapment, Acquittal And other things as to Right to A fair trial. That's why I Need Jury nullification. 6th Amdt Right to A fair trial. To show proof. The my Transcript Judicial review of all records. In struction has been applied in An Unconstitutional manner that violated guaranteed Right by the 14th Amdt. State Jury Instruction violated the Constitution. Federal relief is required (Cupp v. Naughten, 414 U.S. 141, 88 L.Ed.2d 368, 94 S.Ct. 396 (1973) the Jury Instruction was Judge in Artifical Isolation and the context of the Instruction as a whole and the trial record. ailing Instruction by itself so inflected the entire trial that the resulting conviction violates due process. (Cupp Supra. at 147, 94 S.Ct. 396) Voluntary Manslaughter Instruction Not given Kemp v. Leggett 635 F.2d 453 (CA5 1981) Even though Mr. Edward is Factual Innocence but how the Story is theorized In the Heat of passion Counsel Neglect to proffer a written Charge On Voluntary Manslaughter also to introduce the Fact that the Gun was for someone Else Or the real suspect was suppose to Charge with Manslaughter. Same thing the Section "C" said of the crime Counsel didn't explain various degrees of homicide. Failure to request Instruction to present Testimony regarding Trust worthiness Arrowood v. Clusen, 732 F.2d 1364 (CA 1984) The pretrial Statement was unworthy And Un trustworthy, Failure to request For witness

Withheld Justification of Manslaughter Instruction U. SEXRE/Bernardu.
Lane, 819 F-2d 798 (CA 7 1987) was A prejudicial Erron Jury Instruction
of Self Defense Not Available. As to how the Case Sound. When they went
to go by weed from Mr. Carl it was Stated Joshua and Ryan are
Known for Robbing people I quest they try to rob the Man And
Someone kill them. I don't know. But M.S. Amity Speack at t Carl
for Not saying nothing Are Admitting to what happen. But
It's seen as though self Defense. Also weed is legal so. I te
only Acted in self Defense. Are Trowell kill him. Are one of
his enemy kill him they had A Guy Name Orlando William
From his Statement he was In the Cut. Also his mother
And father Covering up for him he have A different story
From them Something Don't Add up In Case Two Many Suspect
No Eye witness. Only A Eye from Mr. Housey. I guess he don't
I don't know. Proper Instruction was not given Lochenburg V
Smith, 79 F.3d 388 (CA 5 1996) The Court must give a requested
instruction that correctly states the Applicable law and has not been
Fairly Covered in the instruction already given. Mack U State, 300 Md.
583, 479 a. 2d 1344, 1348 (1984). The failure to give such an instruction
Constitues error. Also Louisiana State does not goes by the
Common-Law. They Are still Under Jim Crow Goverance of Convict
Lease programs post in Carceration, Human Trafficking by the Court
of law. Slavery working for 4 cents At Angola Slave plantation that
Still run the same way since Century Ago. Counsel Should have
expanded instruction in the Case that amounted of Ineffective assistance
on violation 6 th Amdt. the failure to give the requested instruction seriously
Impaired the defendant ability to conduct his Defense. Due to Counsel
inetfective Assis tence. The Court instruction should adequitely dealt
with the issues of witness credibility, motive, and Bias. Due to the
Organized goverment of the State Under Napoleon and Jim Crow
laws. Slave code Black Code racial Discrimination Racial Disparit
And Genocide by Imprisonment of the Moors Race Indoctrination
Miseducation stripping us from Our Culture and Inherited Birth
Right Counsel of Appellate who I don't know are gave No Conse
to represent me was Ineffective Assistance False pretense Forgey
took over my Case And overrided any Brief And Supplement.
Also Counsel waived my Sentence hearing I Like to See where I
Consented to that. There is a V type of False pretense Due to Me

My whole case is Fully competent and was Incompetent of
Law. Not No more ☺. Repugnancy two material Allegation

Restatement of law Restitution § 1 U.C.C 82-718 unjust enrich not
Doctrine. In the Majority verdict that's A erroneous and conflict of law.
M13 Statement of law The jury was Confuse how to apply the law I completely
misled that prejudiced there better Judgement for It was Deadlocked
Allen Charge The erroneous instruction of the law Cause prejudice and
misunderstanding there roll as Jury And there purpose of Judging, Sentencing
or Acquittal and Jury Nullification. Jury erroneously Given Evidence of
other crime from Unrelated Case. United States U. Bosch, 584 F. 2d 1113
(CA 1 1978) Evidence of other crimes is not admissible. When the jury
was At a deadlocked Judge Coerced a verdict after they could not
make a deliberation. They come back to see the video tape and the
Illegal gun. When it Should have been rule as a mistrial
Lesser Included crime Not pursued as a Defense Young U. Zant, 677 F. 2d 797
(CA 11 1982) Even though I Innocent I Just been studying law. In the
Heat of a Heated Argument. that a crime of Manslaughter. Counsel
should have requested lesser Jury Instruction and that still would
have release me for Double Jeopardy. I'm Not but to be Innocent
like a lot of guys 30 years later find out that I was Factual
Innocent. My wife And kid Need me For my 8th Amendment pursuit
of Happiness. Only God Allah Could Judge me who gave Life and
take life and to him is the return a poll of Jury Reasonable Doubt
Need Jury Polls I been waiting For Transcript Christopher Abercle
Appellate project Counsel I don't know had my Transcript I ask
For my Transcripts he denied. Falsty Documents False pretense,
Forgery of my Name And acted As he was one- He defrauded me
Out my Appeal by embezzlement- I gave him No Consent to
represent me for I was pro se on Appeal I don't my own law
work without the transcript 4th circuit gave a order to release
But they didn't And that was a Contempt of Court order. still
waiting For my Transcript and polls- I Know that I'm 10-2
Are something. The Conviction is Invalid And illegal From
The Indictment. that never was- to Art 384 Bill of informati
is Invalid and Illegal. Case Should be Dismissed with
Prejudice And Remuneration. For Detained not by virtue of
the warrant of commitment in matter of substance from the Judgme
and Sentence that is positional at the back of it is void- Boyd
42 F. 2 43. No probable Cause No Grand Jury No Authority
of Delegating violation of office Wanton Negligence wanton

3) Judge Harris the State to Appease

Mr. Edwards was charged with 3 wrong Statue to Appease
the Felony and enhance the punishment for the Crimes.
#2 2nd degree Murder And obstruction of Justice. After the
Jury could not make A verdict, It was suppose to be rule mistrial
By the Interest of the State official and officer and Judges
In the bribery even Counsel for Unjust enrichment. All
was Bias and the Whole Case was partial. Need A New Venue
Federal Court also recuse the judge of my Case put me back
In Section 4, 11. The Vague Statue 3. Unconstitutional Statue
After the jury reach ≠ verdict District Attorney drop the
obstruction of Justice Due to him placing that Illegal gun
He drop the gun obstruction that was on Mr. Edwards. prosecutor didn't
reach his burden of proof. The truth of Every Accusation whether
preferred in the shape of Indictment, information or Appeal And should
be confirmed by the unanimous Suffrage of twelve of Equal and
Neighbor. The enhancement of the Vague Statue for It was wrong and
malicious Intentionally Done And suffer Irreparable Injuries. The
Prior Unconstitutional Unlawful Conviction prosecutor Increase the
penalty by Applying the wrong Statue As I been Reading. The heat of
Passion. Is Manslaughter the prosecutor maliciously Aggravated the
Charge and the crime on A Innocent Man. Factor Increasing
Punishment—Blakely v Washington 542 U.S. 296, 159 L.Ed 2d 863,
124 S.Ct. 253 (2004).

4) Sentencing Fact Need to be Accurate — Not Speculative U.S. v.
Bradley, 628 F.3d 394 ((A 7 2010) Mr. Edwards has a due process
right to be Sentence based on Accurate information. The conclusion
of fabricated Hearsay testimony And illegal weapon seize from
Unrelated Case. In the Case of Entrapment malicious prosecution
by false pretense Falsifying personal Data Theory didn't make allegation
No real evidence Second Hand Evidence. No reliable Evidence.
Sentence being within the limit of set by the Statue. But I'm going
home I just making Sure Nothing be Untouch. I Need any
Immunity privilege And Freedom. Due process requires that a
Convicted person not be sentenced on "materially untrue" assumption
or misinformation Townsend v. Burke, 334 U.S. 736, 68 S.Ct. 1252, 92
L.Ed. 1690 (1948) Judge reliance on False information violated Due
Process. Stewart v. Erwin, 503 F.3d 488 (CA6 2007)

## Conclusion

Due To The Malicious prosecution And Malicious Abuse of Process, In the Conflict of law. Contrary to The Constitutionality And Treaty that is the Supreme law of the LAnd. violation of the Supremecy Clause And the IPSo Facto Clause For want of Prosecution. In the erreonas Interpretation of of Constutional Right, Political Rights, Human Rights, Natural right, Civil Right In the Adaministrative law of Administrating Justice. Due The Unconstitution Unlawful Conviction And Arrest Prejudice, Discrimination, And Intrinsic Fraud. And Anticipatory Breach of Contract. This Case Is over Due for release of Dismissal with prejudice. Also violation of Tol Speedy Trial. Not having In writing Art 707 14 Days before The court Abuse It's Discretion. By letting the USurper bring A gun At the last minute after my Disloyal Counsel got A Extension After I told him not. Also refuse to exclude that tainted Gun that Contributed to the Concintion Also the pretriel Identification without Counsel. The Case was partial The Judge was Bias let the Usurper do what evey he want In the suppose to be Courts of Justice. Just So that he woulda y have to lost The Ranisom of money that he Gamblen its trying to Convict A Innocent Man For Unjust enrichment And Sentence to Hard labor Slavery to Work for Years, that not Justice. Due to OBAMA pass Adaministrative law For Human Treffiking And Slavery Therexeutive order of Immediate release Is the order to APPly. In Adaministrative law. I Pray For Immediate release According to law.

Art 03 Ruling on evidence.

The Ruling on the illegal gun And inconsistent hearsay evidence that prejudice the case. Due to No Eyewitness, No Actual knowledge of the event. There was a effect of erroneous Ruling In the malicious prosecution, Allegation Didn't match the complaint. Only Hearsay Coercive Fabricated tainted fruit of a poisonous tree. There should have been a ruling on Admitting the evidence. Hearsay is Not evidence, And the Un related weapon Seize from another Case IS Conspiracy Theory of Manslaughter under the Vague Statute to enhance the punishment By A Expost facto law, Under Art 384 is invalid and void.

Evidence should have been exclude for improper Admission of Evidence Falsifying Document and Not Having A Constitution Grand jury indictment for A infamous crime that violated the equal protection of law. Violation of the 4th Constitution unlawful Arrest Unfair Trail. Particular on side case of Entrapment No Witness No weapon No prima facie Case In the Malicious Prosecution by Intrinsic Fraud to Defraud Mr Edwards of his Life, liberty Freedom Justice And Rights. The judge did not use her discretion in the evidence of the case are told the jury the evidence is Not Admissible they Acted In the Court Room painting a False image of Mr. Edwards Libel, by Slander, And Defamation. For Mr Edwards IS A Hard working Man.

Art 104 preliminary question 7

In the preliminary hearing could not cross examine the witness All they had was hearsay Statement, And Illegal that A gun from the Kenner report. As the element of the crime. After I was a Arrested that when they found probable Cause. After That the News media who judged and acted as a jury Painted A Picture to the Public As killer-murder. when I'm Innocent until proven guilty. Had a lot of Public Scrutiny. Libel was slander, Slander guilty. Had a lot of Public Scrutiny. Libel was slander, Slander my Name Defamatory my Character when my Sister call Zoom Texas and was Never questioned. I turn my self in for questioning And was Never questioned. On February 6 I turn myself Into to Felton County, waited for extradition. Made it to New Orleans In March Never was given

my Closed Door on Case Jurisdiction? I called or Statement of facts.
All evidence was tainted coercive inconsistent hearsay theory of the
Crime No eyewitness no gun No element on the malicious prosecut-
tion. All the confession was inadmissible Hearsay testimony of
Family of the friend who was zealous for leniency. In the limited
admissibility was like the trial was the preliminary hearing in the
Abuse of process. Everything was inappropriately done backwards.

Art 202 Judicial Notice of legal Matters.

The Court did not do proper Judicial Notice. For the Constitution
State infamous And capital Crime In the United States. In the
presentment of a Grand Jury. It was Mandatory that the State
Following the Constitutional Duty of Respecting the Constitutional
And the treaties of the laws of the land. As I Stated to the
Court I'm Govern by Federal Constitution and Federal Court
has jurisdiction over Moors Americans. In the treaty of
United States And Morocco treaty Peace and Friendship. Due
to the State Falsifying Personal Data of Mr. Edward Hay
Fail to recognize my Birthright As Amoors. In there Computer
Data Base they Change my Nationality to U.S.A As Under the
Uniform commerical chattel property. In the the legislature
enacting of law. Congress only have a Right to Commerce. Those
New legislature law Does Not Apply to Moors For Moors is a
Sovereign Citizen Govern by the Federal Constitutional laws.
There was No presentment, No inquisitorial power given for the
Prosecution to Delegate his Authority Are power. Due to lack
of Jurisdiction the Case Should Have been For the United State
District Court.

Other legal Matter. Due to this Case of Human Trafficking
Kidnapping And sentence to Slavery —Hard Labor Involuntary
Servitude. The President Barrack OBama pass A Administrative
law If You Are being Held by Human trafficking And Slavery
There will be Immediate release that was A executive order
In 2012 And 2022 I was A proclamation that Supplement
the Constitution For organized Arbitrary Government to
Abide by, That became Administrative law of Administrating

law and justice. So the court must abide by the execution search.
For Now I am being Detained At Angola Plantation As a Prisoner
that working for Ycent And that is Slavery. Due to being A
Political Hostage by these enactment of law. They Only have
a Right to make law for Commerce So they made there citizen
in to Uniform Commercial Code of Chattel property. They Are a
Rizo law violator of the Trust they suppose to uphold.
Embezzlement, Grand larceny, Bribery, Unjust enrichment.
white collar crime. They Are At war with the Citizen
And Is Against the Constitutional Standard of Governing.
violation of Nation, Jus Naturale The law of Nations And
Not respecting the Treaties And the laws of the land.
Also violated the Oath of Office Color of law Color of Authority
In Dred Scott vs Senford Supra It will explain how they broke
the Oath. In taxation to representation. So there for do your
research and administer Real Justice In this Hypocrisy of
Representative taking Advance of black-Moors by Genocide-
The war against black-Moor as Every body know About black
History. Judge and you shall not be Judge this Is Allah-God
Land, Creation, providence, world, water who made YOU'll
Sovereignty for God-Allah is Sovereign of over All.
That is A Act of Treason Against God-Testament, Convenant
And Promise land to All. Can & Control Something that
You didn't make Only thing you Could Control is Your House
Kids And the way you Live. Ya'll blasphemy My Lord
Name making A mockery. These No pebe on law Jim Crow
Governance of Convict leasing. That's the laws that need to
Change, This is the land of the free Suppose to be but
Yall Levying people over God-Allah providence the Real
Supreme Judge. Read the Bible about his Statue law
ordinance In his Law of Nature that he gave to mose
with his hand writting of a Sun beam. Let the Freedom Bell
Ring two wrongs Dont make it Right respect God!

Article that conspired it Limits

There was No relevant evidence. All is conspiracy And Entrapment For the Strawmen Account that Consist in Fraud Embezzlement.

602. According to the Constitution of the 4th Amendment I sock From Seizure in Search in my person. Mr. Edwards Never had A gun to begin with. The Two guns was Malfeasance obstructing Justice. There was No probable Cause No Eyewitness No Guns. No Element. I'm Unlawfully Arrested. False Imprisonment by Malicious prosecution Reckless misconduct and disregard For a Human well being, violated All my Constitutional Right Political, Civil, Human, Natural, private Right. As it seem that the government been Stalking me since A child. From School to knowing where I work, to knowing who my wife to knowing my kids. And I Don't Even know You 'll - violation of my Privacy Rights.

405. In the record of Antoine Edwards Legal person the record will reflect I'm a hard working Man, Husband and Father who was A law abiding Citizen been Arrest as a False Imprisonment for possession of weed due to me Smoking BUT Now ~~legal~~ weed is legal. Wow. Talk About Govern—Men—Government Arbitrary.

Art 602 LACK of personal Knowledge All zealous witness lacked personal knowledge They only had A personal interest In there criminal Lifestyle for leniency of reduce sentence and immunity from there crimes they All was Friends, drug dealer, crack addict, Also A informer. I'm Coercive testimony of Fabricate theory of the crime all lacked personal knowledge. Non was credible. Also the tainted Gun was also Part of the entrapment in the Conspiracy of the crime. All Committed perjury under Oath Art 603. Art 607 D. the witness was biase had a interest, they was corrupted. they all had inconsistent Statements, Impeach the witness. No evidence Confusion of the issues, also that was unfair prejudice. For Hearsay is Not Evidence the gun is not my gun. That was Hoecsey

Cause 2 the record will reflect many 4 I kneel they don't know.

Art 608. Character Evidence

My character is A working Husband father of two And 3 Step kid 2 work all over the french Quarter. Move to Atlanta In 2015 with my wife.

609.1 credibility by evidence of conviction of crime in criminal Case

All the witnesses was criminals, with Criminal back grounds, Conviction in all.

802 Hearsay rule

Hearsay is not admissible except as otherwise provided by this Code or other legislation.

Art 901. Requirement of Authentication or identification.
(1) Testimony of witness with knowledge. There was No witnesses
(5) Voice Identification. Didn't do A voice I.D.
(8) Ancient document or data Compilation @ Af 222141 the Marrakesh treaty in the federal decision of Moorish American Zodiac Constitution the First president John Hanson A moorish American President 1781 - who made the American Seal - The "Verified Complaint" that establish the treaty of United State and Morocco Treaty the Supreme law of the land.

(3) Foreign Document United Nation declaration - The international Law of Nations.

Art 1104. State V. Prieur, pretrial, burden of proof.
Burden of proof required by the Fed. R. Evid. Art IV, Rule 404.

United State Constitution Art I No Bill of Attainder or expost facto law shall be pass. - Art 1183 Treason proof and Punishment. Due to the prosecutor Not Respecting the United States law. And took matter into his own hand No respecting his Constitution duty to uphold of the Constitution And treaty. The European white Supremacy Is WARRing Against Moors-Black by racial Discrimination And Racial Disparity A Act of Treason. Genocide of the Moors. By Indoctrination Antitrust violation of the Supremacy Clause And Treaty Clause

Amendment 4 was violated. (between the Seizure) was violated, I was Arrested before there was probably cause there was No Element of the crime Are Eyewitness to Start A prima facie Case. A warrant was issue without probable cause. Under A Oath of perjury And Intrinsic Fraud.

Amendment 5 was violated there was no presentment of A Grand jury Indictment In the Institution of prosecution. The Malicious prosecution by Abuse of process And obstructing of justice by false pretense to Defraud U.S.A. § Due process has been violated, state is still depriving of my Life Liberty, property In the Abuse of the process. § privacy right has been invaded. § B Didn't have assistance at every Stage of the investigation photo Arrays Grand jury Indictment. § Wasn't No fair trail. § 14 still being denied Judicial review Never receive complete record of all the evidence. § Being Treated inhumane treat by Cruel and Unusual punishment. §22 + 21 Habeas Corpus not being Answer, Are Access to Court Not Answering my motions, § violation of my enumerated right that is inalienable pursuit of Happiness, Conscience on my knowledge And Birthright is Not being recognize. Seeking disavow domicile for I been left Louisiana. Art 5 Under the Moors American that Govern ed by the Federal Constitution Federal Court has jurisdiction of Subject matter.

C.C Art 45. Jan 2015 I change my domicile with my witewhen we move to Atlanta I S~~~~ When we disavow Louisiana And found A New Domicile.

Criminal Code & procedure
Need C.Cr.P Art Z95 Admissibility of preliminary examination Transcript(C) For Impeaching And Contradicting Testimony of the Inconsistent Statement of witness.

C.Cr.P Art 440 There was No Grand jury Indictment.
C.Cr. P. Art 577 pleading of time limitation was expire. P
C.Cr.P Art 578 New trial had to Start in two Years. it expired
Cr.P. Art Barred Further prosecution - dismissal of Indictment
C.Cr.P Art 615 Improper Venue. Federal Discourt Court have jurisdiction of Subject-matter, Govern by Federal Constitution
C.Cr.p Art 724. prejudicial Remarks Inflammatory memory Bias
C.Cr.P. 703 Suppress the Un Constitutional obtain Gun.
C.Cr.P. 769. Evidence of exculpatory Admitted At the last moment.
Brady violation.
C.Cr.P. 770 prejudicial remarks basis for Mistrial

C. ... verdict, Improper Instructions to Jury, Jury to reach a verdict, Improper Instructions to Jury, Jury to reach a verdict legal Defect of allegation and theory prejudicil Conduct of prosecutor inflicting Fear And Influence the verdict with False Fabricate Hearsay Testimony And illegal Seize weapon C.Cr.P. Art 893.7 Need a hearing of Evidence Inadmissibility CCr.P 928 Need summary Disposition (A)(B) Factual Innocence CCr.P Art 930 Evidentiary hearing In Post Conviction relief

534 not properly filed. Art 782 13 Jury 854 6 un New Evidence Art 613 Fraud 538 (3) expired Time. 70/speedy Trial violation. 802 Hearsay violation

Revise Statues
15: 273 Right of Accused to be confronted with witnesses, witness shall not be evidence
15: 432 Effect of Legal presumption defendant is innocent
15: 438 No circumstantial Evidence
15: 439 They didn't meet the Burden of proof All Evidence Tinted is prosecutor In Defamation of Mr Edwards on the News.
15: 443 prosecutor In Defamation of Mr Edwards on the News.
15: 451 No voluntary Rule, Confession for Leniency, Confession Influence By Duress, intimidation, Menaces, threats, Inducement of promises
14: 452 prosecutor Compel them to testify
15: 468 Bribery of Corrupt influence by perjury for Leniency False swearing If He went to the grand jury.
15:1306 Gave Immunity of witness
R.S 13. 3729 Ancient Document of Moorish American Zodiac Constitution And United Nation declaration. The Marrakesh Treaty the Supreme law of the Land.
R.S. 13:3723 Need Files and records production of 535-495. And A Copy of the Moorish American Zodiac Constitution

Affidavit

I hereby Swear All 7s true to the best of my knowledge Try my best to litigate my Case this is more then enough, Insha Allah. Freedom Ma Sha Allah

Antoine Edwards
7-15-2022

I hereby Ask that the Foregoing Partres be served. Also that they be served by Email, Deliever or Fax For Amizus Curiae And Adjudication And Recommendation to be Advised. For Summary Judgment, And Fact of Law.

please serve

Jason Williams
619 S. White St
New Or leans LA

Arthur Morrell
2700 Tulane Ave
New Orleans LA 70119

Justin wood
400 Royal St.
New orleans LA 70130

Veronica K O'Clany
LA Supreme Court
400 Royal St Ste 4200

ACLU
1390 poydras St
New Orleans LA 70180

United States District Court

Robert Kennedy B160
International Court of Justice → 950 pennsylvania Ave NW Ste 4141
Department of Justice → Washington DC 20530
United Nation Court of Justice →
United States Supreme Court

Affadavit

All is true to the best of my knowbedge. I swear.
So help me Allah

Antene Edwards

Antoine Edwards
US
State of Louisiana
Filed 10-10-2022

535-495
Section B
Tracey Flemming Davillier
Clerk of Courts

## Order

It is hereby order that the Case be Filed And
Adjudicated as soon practicable. I give consent
to Concurrent Jurisdiction To the Courts In the Relief
of Immunity And All privilege for violating my Due Process
And Constitutional Right with prejudice

Respectfully    Submitted 10-10-2022

New Orleans LA

Judge

Antoine Edwards
17544 Tunica Trace
Camp C Tiger 4/2#6
Angola LA 70712

| | |
|---|---|
| **From:** | Angola E-Filing |
| **To:** | eFile-ProSe |
| **Subject:** | Angola E-Filing |
| **Date:** | Tuesday, October 11, 2022 11:20:59 AM |
| **Attachments:** | DOC #748056113603.pdf |

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.