UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTOINE EDWARDS | CIVIL ACTION |
| VERSUS | NO. 22-2199 |
| TIM HOOPER, WARDEN | SECTION "J"(1) |

**O R D E R**

Before the Court is the Report and Recommendation of the Magistrate Judge recommending that the federal application for habeas corpus relief filed by Antoine Edwards be dismissed without prejudice. The Report and Recommendation recommended that, unless petitioner promptly amends his federal applications to omit any and all unexhausted claims, the application should be dismissed without prejudice as a mixed petition. Finding that petitioner's three memoranda filed subsequently to the Report and Recommendation repeat his previous claims and arguments rather than either amending his petition or objecting to the report and recommendation, petitioner has failed to adequately respond to the Report and Recommendation. Thus, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, the Court hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Antoine Edwards's petition for issuance of a writ of

habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 2nd day of March, 2023.

_____
**CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**