Case 2:22-cv-02199-CJB   Document 33   Filed 03/17/23   Page 1 of 3

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  Mar 17, 2023
CAROL L. MICHEL
CLERK
SMS                    Mail

United States District Court
Eastern District of Louisiana

Antoine Edwards
VS
Tim Hooper, WARDEN



Civil Action
NO. 22-2199
Section "J"(1)

28 U.S.C § 1291
Fed.R.CIV.P.73(2) Objection Motion for Summary Judgment
(3)(A)(P)

Memorandum In Support of Motion

I Antoine Edwards Respectfully Object to the findings In the Denial of Habeas Corpus, And Certificate of Appealability to wit:

As Mr. Edward put Nothing but Constitutional violation that the Court Refuse In the Requirement of Justice. There was Substantial Showing of the denial of Constitutional Right. As to this Court Denied Discovery, violated Due Process, Procedural law and Substantive law of Rules And Regulation. The Court Refuse In there Affirmative Duty To Administer Justice Due to the missstatement And perjury of Inappropriate finding has prejudiced the petitioner. Did not Consent to the Magistrate finding. Due to the chilling effect Doctrine the Court did not Respect My Habeas Corpus petition Refuse to do Evidentiary Hearing, Failed to check the Authentic of Ballistic And Affadavits, of Certificate for Probable Cause.

As to the plaintiff Does Not Submit to the U.S Magistrate Finding For the purpose of Abuse of Discretion In the Cause of Justice Requirement. Chilling effect Doctrine Refuse to Acknowledge My Habeas Corpus. And Claims

## ORDER

In this order Ask the Court to reconsider the claims of Constitutional Right Violation. And Have A Evidentiary Hearing In the proper Form And Fashion.

Respectfully Submitted. 5 of March 2023

### Affadavit

All is True to the best of my knowledge.

### Certificate of Service

I hereby Serve this Notice by Scan from Angola Legal Aid Assistance. Sorry they don't Scan, I mailed back 3-10-2023

CC U.S.C.O.A

Declaration Pursuant to 28 U.S.C §1746

U.S. Supreme Court
Clerk Scott Harris
Sara Simon Case Analyst
I first
Washington D.C 20543

Antoine Edwards
17544 Tunica Trace
Tupper A #15
Angola La 70712

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 20, 2023

Clerk
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

       Antoine Edwards - NOA
       USDC No. 2:22-CV-2199

Dear Sir,

I am forwarding a notice of appeal erroneously sent to us. We have noted the date received here. When you file the notice of appeal, please use that date, see **FED. R. APP. P.** 4(d).

Enclosed also please find pro se's motion for leave to proceed in forma pauperis which was sent to this court.

                Sincerely,

                LYLE W. CAYCE, Clerk

                *Christina Gardner*
                By: _____
                Christina A. Gardner, Deputy Clerk
                504-310-7684